# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAI'I

| | |
|---|---|
| KENNETH L. LAWSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF HAWAI'I, MĀNOA; DEAN CAMILLE NELSON AND JOHN AND JANE DOES 1-7 WILLIAM S. RICHARDSON SCHOOL OF LAW FACULTY MEMBERS, IN THEIR INDIVIDUAL CAPACITIES.<br><br>Defendants. | CIVIL NO. CV23 00348 LEK RT<br><br>DEMAND FOR JURY TRIAL |

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues triable of right by jury in this case, pursuant to Rule 38, Federal Rules of Civil Procedure.

DATED: Honolulu, Hawaii, 8/21/2023.

KENNETH L. LAWSON, PRO-SE