# EXHIBIT A

## EXHIBIT A---2021 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2021 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2021) | | | Total Student Enrollment | 2022 Salary (Fiscal Year)[1] | 2022 Monthly Salary[2] (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Camille Nelson | (Dean) | 0/0 | 0/0 | 1/2 | 2 | 0 | 0 | 15 | 15 | $420,000 | $38,363 |
| Avi Soifer | J-Fac | 2/5 | 0/0 | 2/5 | 10 | 21 | 0 | 10 | 31 | $302,688 | $33,632 |
| David Callies | J-Fac | 3/9 | 0 | 1/1 | 10 | 156 | 0 | 35 | 191 | Not available | Not available |
| Denise Antolini | J-Fac (Clinic) | 2/6 | 0 | 3/7 | 13 | 18 | 0 | 52 | 70 | $159,144 | $17,682 |
| James Pietsch | J-Fac (Clinic) | 3/5 | 0 | 4/8 | 13 | 39 | 0 | 30 | 69 | $217,908 | $24,212 |
| Mari Matsuda | J-Fac | 1/3 | 0 | 0 | 3 | 7 | 0 | 0 | 7 | $223,608 | $25,956 |
| Eric Yamamoto | J-Fac | 2/5 | 0 | 1/3 | 8 | 47 | 0 | 88 | 135 | $218,160 | $24,240 |
| Linda Krieger | J-Fac | 2/7 | 0 | 0 | 7 | 67 | 0 | 0 | 67 | $218,148 | $24,238 |
| Vicky Szymczak | J-Fac | 2/4 | 0 | 1/1 | 5 | 20 | 0 | 9 | 29 | $207,144 | $23,016 |
| John Barkai | J-Fac | 2/3 | 0 | 2/3 | 6 | 62 | 0 | 54 | 116 | $205,512 | $22,834 |
| Charles Booth | J-Fac | 2/6 | 0 | 2/4 | 10 | 50 | 0 | 31 | 81 | $202,368 | $22,485 |
| Ronald Brown | J-Fac | 2/7 | 0 | 0 | 7 | 17 | 0 | 0 | 17 | Not available | Not available |
| Williamson Chang | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 40 | 40 | Not available | Not available |
| Tae-Ung Baik | J-Fac (SJD) | 1/1 | 0 | 1/3 | 4 | 4 | 0 | 5 | 9 | $193,992 | $21,554 |
| Justin Levinson | J-Fac | 1/4 | 0 | 2/6 | 10 | 45 | 0 | 87 | 132 | $188,760 | $20,973 |
| Nicholas Mirkay | J-Fac (Dean) | 2/6 | 0 | 2/4 | 10 | 99 | 0 | 46 | 145 | $215,554 | $23,950 |
| Mark Levin | J-Fac | 3/7 | 0 | 3/7 | 14 | 40 | 0 | 17 | 57 | $188,436 | $20,937 |
| Dan Barnett | J-Fac | 0 | 0 | 1/1 | 0 | 0 | 0 | 10 | 10 | $177,648 | $19,738 |
| Kapua Sproat | J-Fac | 1/3 | 0 | 2/2 | 5 | 11 | 0 | 33 | 44 | $179,346 | $19,927 |
| Maxine Burkett | J-Fac | 2/4 | 0 | 0 | 4 | 16 | 0 | 0 | 16 | Not available | Not available |
| Calvin Pang | J-Fac | 1/11[3] | 1/1 | 2/6 | 18 | 85 | 31 | 41 | 157 | $171,936 | $19,104 |
| Carole Petersen | J-Fac | 1/4 | 0 | 3/9 | 13 | 7 | 0 | 14 | 21 | $161,280 | $17,920 |
| Andrea Freeman | J-Fac | 1/3 | 0 | 1/3 | 6 | 32 | 0 | 82 | 114 | $173,508 | $19,278 |
| Richard Wallsgrove | J-Fac | 2/7 | 0 | 3/9 | 16 | 22 | 0 | 22 | 44 | $139,116 | $15,124 |
| Richard Chen | J-Fac | 1/2 | 1/2 | 3/11 | 15 | 39 | 13 | 126 | 178 | $133,716 | $14,857 |
| Malia Akutagawa | J-Fac (Clinic) | 0 | 1/4 | 2/6 | 10 | 0 | 11 | 29 | 40 | $146,808 | $16,312 |
| Troy Andrade | J-Fac (Lehua) | 1/2 | 1/4 | 4/12 | 18 | 23 | 10 | 58 | 91 | $133,980 | $14,886 |
| Randle DeFalco | J-Fac | 2/8 | 0 | 2/5 | 13 | 52 | 0 | 48 | 100 | $109,284 | $12,142 |
| David Forman | S-Fac | 2/4 | 1/3 | 0 | 7 | 37 | 14 | 0 | 51 | $136,536 | $12,412 |
| Susan Serrano | S-Fac (Clinic) | 2/6 | 0 | 1/2 | 8 | 21 | 0 | 12 | 33 | $138,312 | $12,573 |
| Liam Skilling | S-Fac | 2/5 | 1/2 | 3/9 | 16 | 40 | 13 | 36 | 89 | $127,104 | $11,554 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $124,152 | $11,286 |

---

[1] https://www.civilbeat.org/2019/08/database-of-public-employee-salaries/
[2] J-Faculty are 9-month positions while S-Faculty are 11-month positions. To determine pay inequity the monthly pay is determined based on months of required work.
[3] Trisha Nakamura's job description includes managing externships. In 2021, Nakamura indicated she could not perform her externship duties and this job duty was transferred to Prof. Pang. It is my understanding that Prof. Pang gets paid to manage externships in addition to his regular salary. Additional pay amount for externships is unknown at this time.

1

| Dina Shek | S-Fac (Clinic) | 0 | 0 | 0 | **0** | 0 | 0 | 0 | **0** | $129,168 | $11,742 |
| John Egan | S-Fac (Clinic) | 2/6 | 0 | 2/6 | **12** | 17 | 0 | 31 | **48** | $133,800 | $12,163 |
| Kenneth Lawson | S-Fac (Clinic) | 4/17 | 1/3 | 4/20 | **40** | 68 | 21 | 100 | **189** | $127,728 | $11,611 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | **3** | 0 | 0 | 3 | **3** | $115,308 | $10,482 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | **0** | 0 | 0 | 0 | **0** | $115,308 | $10,482 |
| Trisha Nakamura | S-Fac | 0 | 0 | 0 | **0** | 0 | 0 | 0 | **0** | $108,312 | $9,846 |

## 2020 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2020 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2020) | | | Total Student Enrollment | 2020 Salary (Fiscal Year) | 2020 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 2/5 | 0 | 0 | 5 | 44 | 0 | 0 | 44 | $437,702 | $48,633 |
| Hazel Beh | J-Fac | 1/2 | 1/4 | 2/5 | 11 | 18 | 11 | 25 | 54 | Not available | Not available |
| Alison Conner | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $193,428 | $21,380 |
| Lawrence Foster | J-Fac | 0 | 1/2 | 2/6 | 8 | 0 | 29 | 15 | 44 | Not available | Not available |
| Charles Lawrence | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $217,920 | $24,213 |
| Melody MacKenzie | J-Fac | 3/7 | 0 | 0 | 7 | 27 | 0 | 0 | 27 | $208,068 | $23,118 |
| David Callies | J-Fac | 1/1 | 0 | 2/4 | 5 | 29 | 0 | 48 | 76 | $252,036 | $28,004 |
| Denise Antolini | J-Fac (Dean) | 0 | 0 | 2/6 | 6 | 0 | 0 | 41 | 41 | $213,406 | $23,711 |
| James Pietsch | J-Fac (Clinic) | 4/8 | 0 | 2/2 | 10 | 22 | 0 | 33 | 55 | $208,596 | $23,177 |
| Mari Matsuda | J-Fac | 0 | 1/1 | 1/1 | 2 | 0 | 1 | 9 | 10 | $207,180 | $23,020 |
| Eric Yamamoto | J-Fac | 2/5 | 0 | 2/4 | 9 | 51 | 0 | 37 | 88 | $202,176 | $22,464 |
| Linda Krieger | J-Fac | 2/6 | 0 | 3/8 | 14 | 92 | 0 | 68 | 160 | $202,164 | $22,462 |
| Vicky Szymczak | J-Fac | 7/12 | 0 | 0 | 12 | 53 | 0 | 0 | 53 | $198,300 | $22,033 |
| John Barkai | J-Fac | 2/3 | 0 | 0 | 3 | 43 | 0 | 0 | 43 | $190,500 | $21,166 |
| Charles Booth | J-Fac | 3/7 | 0 | 0 | 7 | 32 | 0 | 0 | 32 | $187,584 | $20,842 |
| Ronald Brown | J-Fac | 2/7 | 0 | 2/6 | 13 | 20 | 0 | 27 | 47 | $186,584 | $20,842 |
| Williamson Chang | J-Fac | 2/5 | 0 | 0 | 5 | 23 | 0 | 0 | 23 | $187,584 | $20,842 |
| Tae-Ung Baik | J-Fac (SJD) | 2/2 | 0 | 4/6 | 8 | 5 | 0 | 17 | 22 | $185,700 | $20,633 |
| Justin Levinson | J-Fac | 2/6 | 0 | 2/6 | 12 | 60 | 0 | 96 | 156 | $175,056 | $19,450 |
| Nicholas Mirkay | J-Fac | 2/7 | 1/4 | 1/3 | 14 | 62 | 12 | 38 | 112 | $170,148 | $18,905 |
| Mark Levin | J-Fac | 4/7 | 0 | 2/2 | 9 | 35 | 0 | 34 | 69 | $169,068 | $18,785 |
| Dan Barnett | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $164,808 | $18,312 |
| Kapua Sproat | J-Fac | 2/7 | 0 | 2/3 | 10 | 18 | 0 | 35 | 53 | $162,696 | $18,077 |
| Maxine Burkett | J-Fac | 1/2 | 0 | 2/7 | 9 | 13 | 0 | 101 | 114 | $162,360 | $18,040 |
| Calvin Pang | J-Fac | 3/7 | 0 | 2/4 | 11 | 49 | 0 | 13 | 62 | $159,540 | $17,726 |
| Carole Petersen | J-Fac | 1/1 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | $149,736 | $16,637 |
| Andrea Freeman | J-Fac | 2/5 | 0 | 2/6 | 11 | 73 | 0 | 106 | 179 | $149,196 | $16,577 |
| Richard Wallsgrove | J-Fac | 2/5 | 0 | 2/6 | 11 | 12 | 0 | 33 | 45 | $129,024 | $14,336 |
| Richard Chen | J-Fac | 2/7 | 0 | 3/9 | 16 | 15 | 0 | 145 | 160 | Not available | Not available |
| Malia Akutagawa | J-Fac (Clinic) | 1/3 | 0 | 1/3 | 6 | 9 | 0 | 11 | 20 | $126,348 | $14,038 |
| Troy Andrade | J-Fac (Lehua) | 3/7 | 0 | 2/5 | 12 | 24 | 0 | 24 | 48 | $123,888 | $13,765 |
| Randle DeFalco | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Not available | Not available |
| David Forman | S-Fac | 4/8 | 0 | 0 | 8 | 37 | 0 | 0 | 37 | $130,704 | $11,882 |
| Susan Serrano | S-Fac (Clinic) | 1/4 | 0 | 1/3 | 7 | 9 | 0 | 11 | 20 | $122,604 | $11,145 |
| Liam Skilling | S-Fac | 1/3 | 1/3 | 0 | 6 | 12 | 13 | 0 | 25 | $121,688 | $11,062 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $118,848 | $10,804 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | $114,480 | $10,407 |

| John Egan | S-Fac (Clinic) | 1/3 | 1/2 | 2/5 | 10 | 6 | 10 | 38 | 54 | $128,088 | $11,644 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kenneth Lawson | S-Fac (Clinic) | 8/20 | 1/3 | 3/11 | 34 | 129 | 35 | 131 | 295 | $113,220 | $10,301 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | 3 | 0 | 0 | 3 | 3 | $110,388 | $10,035 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $110,388 | $10,035 |
| Trisha Nakamura | S-Fac | 3/7 | 1/1 | 3/12 | 20 | 33 | 13 | 27 | 73 | $103,680 | $9,425 |

## 2019 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2019 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2019) | | | Total Student Enrollment |
|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | |
| Avi Soifer | J-Fac (Dean) | 1/4 | 0 | 1/1 | 5 | 10 | 0 | 5 | 15 |
| Hazel Beh | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Alison Conner | J-Fac | 2/4 | 0 | 2/6 | 10 | 24 | 0 | 18 | 42 |
| Lawrence Foster | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 11 | 11 |
| Charles Lawrence | J-Fac | 1/3 | 0 | 1/3 | 6 | 78 | 0 | 11 | 89 |
| Melody MacKenzie | J-Fac | 2/5 | 0 | 3/6 | 11 | 15 | 0 | 33 | 48 |
| David Callies | J-Fac | 3/9 | 0 | 2/4 | 13 | 159 | 0 | 44 | 203 |
| Denise Antolini | J-Fac (Dean) | 1/1 | 1/1 | 4/8 | 10 | 6 | 5 | 26 | 37 |
| James Pietsch | J-Fac | 2/2 | 0 | 3/6 | 8 | 14 | 0 | 43 | 57 |
| Mari Matsuda | J-Fac | 1/3 | 0 | 2/8 | 11 | 8 | 0 | 113 | 121 |
| Eric Yamamoto | J-Fac | 1/3 | 0 | 2/4 | 7 | 48 | 0 | 45 | 93 |
| Linda Krieger | J-Fac | 2/6 | 0 | 1/3 | 9 | 86 | 0 | 83 | 169 |
| Vicky Szymczak | J-Fac | 4/4 | 0 | 7/12 | 16 | 26 | 0 | 63 | 89 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 27 | 0 | 100 | 127 |
| Charles Booth | J-Fac | 2/6 | 0 | 1/3 | 9 | 33 | 0 | 29 | 62 |
| Ronald Brown | J-Fac | 2/7 | 0 | 2/6 | 13 | 16 | 0 | 24 | 40 |
| Williamson Chang | J-Fac | 2/7 | 0 | 2/6 | 13 | 26 | 0 | 63 | 89 |
| Tae-Ung Baik | J-Fac (SJD) | 1/1 | 0 | 3/5 | 6 | 3 | 0 | 22 | 25 |
| Justin Levinson | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 62 | 62 |
| Mark Levin | J-Fac | 3/4 | 0 | 2/2 | 6 | 38 | 0 | 23 | 61 |
| Dan Barnett | J-Fac | 1/1 | 0 | 1/1 | 2 | 12 | 0 | 11 | 23 |
| Kapua Sproat | J-Fac | 2/7 | 0 | 1/1 | 8 | 11 | 0 | 11 | 22 |
| Maxine Burkett | J-Fac | 1/1 | 0 | 1/3 | 4 | 6 | 0 | 7 | 13 |
| Calvin Pang | J-Fac | 2/4 | 1/2 | 0 | 6 | 15 | 9 | 0 | 24 |
| Carole Petersen | J-Fac | 0 | 0 | 2/4 | 4 | 0 | 0 | 26 | 26 |
| Andrea Freeman | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 105 | 105 |
| Malia Akutagawa | J-Fac (Clinic) | 1/3 | 0 | 1/3 | 6 | 14 | 0 | 9 | 23 |
| Troy Andrade | J-Fac (Lehua) | 2/6 | 2/8 | 2/5 | 19 | 23 | 20 | 24 | 67 |
| David Forman | S-Fac | 2/4 | 0 | 1/3 | 7 | 16 | 0 | 11 | 27 |
| Susan Serrano | S-Fac (Clinic) | 2/6 | 0 | 1/3 | 9 | 15 | 0 | 11 | 26 |
| Liam Skilling | S-Fac | 1/3 | 0 | 0 | 3 | 10 | 0 | 0 | 10 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 5 | 0 | 0 | 5 |
| John Egan | S-Fac (Clinic) | 1/3 | 0 | 3/6 | 9 | 6 | 0 | 20 | 26 |
| **Kenneth Lawson** | **S-Fac (Clinic)** | **6/15** | **1/3** | **4/14** | **32** | **142** | **27** | **75** | **169** |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | 3 | 0 | 0 | 5 | 5 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2018 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2018 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2018) | | | Total Student Enrollment | 2018 Salary (Fiscal Year) | 2018 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 1/4 | 1/3 | 1/3 | 10 | 8 | 7 | 70 | 85 | $416,256 | $46,250 |
| Hazel Beh | J-Fac | 3/7 | 1/4 | 2/7 | 18 | 93 | 9 | 138 | 240 | $187,932 | $20,881 |
| Alison Conner | J-Fac | 2/7 | 0 | 2/6 | 13 | 31 | 0 | 16 | 47 | $183,228 | $20,358 |
| Lawrence Foster | J-Fac | 1/2 | 0 | 1/3 | 5 | 12 | 0 | 11 | 23 | Not available | Not available |
| Charles Lawrence | J-Fac | 1/1 | 0 | 1/3 | 4 | 1 | 0 | 4 | 5 | $206,556 | $22,950 |
| Melody MacKenzie | J-Fac | 2/4 | 1/4 | 1/3 | 11 | 14 | 7 | 16 | 37 | $190,848 | $21,205 |
| David Callies | J-Fac | 3/9 | 0 | 3/7 | 16 | 112 | 0 | 47 | 159 | $239,040 | $26,560 |
| Denise Antolini | J-Fac (Dean) | 0 | 0 | 1/3 | 3 | 0 | 0 | 13 | 13 | $197,628 | $21,958 |
| James Pietsch | J-Fac (Clinic) | 1/3 | 0 | 3/6 | 9 | 9 | 0 | 35 | 44 | $183,972 | $20,441 |
| Mari Matsuda | J-Fac | 1/4 | 0 | 2/7 | 11 | 27 | 0 | 100 | 127 | $185,866 | $20,651 |
| Eric Yamamoto | J-Fac | 0 | 0 | 2/4 | 4 | 0 | 0 | 55 | 55 | $182,045 | $20,227 |
| Linda Krieger | J-Fac | 2/6 | 0 | 2/6 | 12 | 110 | 0 | 107 | 217 | $182,035 | $20,226 |
| Vicky Szymczak | J-Fac | 3/3 | 0 | 2/3 | 6 | 27 | 0 | 14 | 41 | $181,884 | $20,209 |
| John Barkai | J-Fac | 2/3 | 0 | 2/2 | 5 | 38 | 0 | 53 | 91 | $173,155 | $19,239 |
| Charles Booth | J-Fac | 2/6 | 0 | 2/6 | 12 | 42 | 0 | 15 | 57 | $170,938 | $18,993 |
| Ronald Brown | J-Fac | 4/9 | 0 | 1/1 | 10 | 18 | 0 | 1 | 19 | $177,672 | $19,741 |
| Williamson Chang | J-Fac | 1/3 | 0 | 2/5 | 8 | 6 | 0 | 17 | 23 | $170,938 | $18,993 |
| Tae-Ung Baik | J-Fac (SJD) | 2/2 | 0 | 3/5 | 7 | 4 | 0 | 12 | 16 | $134,592 | $14,954 |
| Justin Levinson | J-Fac | 2/6 | 0 | 0 | 6 | 59 | 0 | 0 | 59 | $165,732 | $18,414 |
| Mark Levin | J-Fac | 3/7 | 0 | 2/2 | 9 | 25 | 0 | 32 | 57 | $156,826 | $17,425 |
| Dan Barnett | J-Fac | 2/3 | 0 | 1/1 | 4 | 15 | 0 | 12 | 27 | $153,581 | $17,064 |
| Kapua Sproat | J-Fac | 2/7 | 0 | 1/3 | 10 | 15 | 0 | 7 | 22 | $142,524 | $15,836 |
| Maxine Burkett | J-Fac | 2/5 | 0 | 0 | 5 | 11 | 0 | 0 | 11 | $151,718 | $16,857 |
| Calvin Pang | J-Fac | 3/7 | 0 | 1/3 | 10 | 35 | 0 | 35 | 70 | $149,568 | $16,618 |
| Carole Petersen | J-Fac | 1/4 | 0 | 3/8 | 12 | 9 | 0 | 30 | 39 | $141,624 | $15,736 |
| Andrea Freeman | J-Fac | 2/6 | 0 | 1/3 | 9 | 33 | 0 | 105 | 138 | $130,620 | $14,513 |
| Malia Akutagawa | J-Fac (Clinic) | 0 | 0 | 1/3 | 3 | 0 | 0 | 9 | 9 | $119,352 | $13,261 |
| Troy Andrade | J-Fac (Lehua) | 2/6 | 2/5 | 2/5 | 16 | 14 | 13 | 23 | 50 | $94,572 | $10,508 |
| David Forman | S-Fac | 3/5 | 0 | 1/3 | 8 | 17 | 0 | 8 | 25 | $111,000 | $10,090 |
| Susan Serrano | S-Fac (Clinic) | 1/4 | 0 | 1/3 | 7 | 9 | 0 | 11 | 20 | $112,464 | $10,224 |
| Liam Skilling | S-Fac | 2/7 | 0 | 1/3 | 10 | 3 | 0 | 10 | 13 | $111,600 | $10,145 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Not available | Not available |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 1 | 0 | 0 | 1 | $105,000 | $9,545 |
| Kenneth Lawson | S-Fac (Clinic) | 4/10 | 1/2 | 3/12 | 24 | 64 | 17 | 105 | 186 | $103,848 | $9,440 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | 3 | 0 | 0 | 6 | 6 | $101,256 | $9,205 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $101,256 | $9,205 |

## 2017 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2017 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2017) | | | Total Student Enrollment |
|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | |
| Avi Soifer | J-Fac (Dean) | 2/4 | 0 | 0 | 4 | 49 | 0 | 0 | 49 |
| Hazel Beh | J-Fac | 0 | 1/4 | 1/4 | 8 | 0 | 11 | 83 | 94 |
| Alison Conner | J-Fac | 1/3 | 0 | 2/6 | 9 | 8 | 0 | 15 | 23 |
| Lawrence Foster | J-Fac | 1/2 | 1/2 | 0 | 4 | 20 | 14 | 0 | 23 |
| Charles Lawrence | J-Fac | 0 | 0 | 2/4 | 4 | 0 | 0 | 12 | 12 |
| Melody MacKenzie | J-Fac | 2/2 | 1/4 | 2/6 | 12 | 13 | 10 | 17 | 40 |
| David Callies | J-Fac | 3/9 | 0 | 2/4 | 13 | 137 | 0 | 40 | 177 |
| Denise Antolini | J-Fac (Dean) | 2/8 | 0 | 2/6 | 14 | 2 | 0 | 30 | 32 |
| James Pietsch | J-Fac (Clinic) | 2/2 | 0 | 3/7 | 9 | 17 | 0 | 40 | 57 |
| Mari Matsuda | J-Fac | 1/3 | 0 | 2/7 | 10 | 7 | 0 | 73 | 80 |
| Eric Yamamoto | J-Fac | 3/6 | 0 | 2/3 | 9 | 86 | 0 | 20 | 106 |
| Linda Krieger | J-Fac | 3/6 | 0 | 2/6 | 12 | 19 | 0 | 111 | 130 |
| Vicky Szymczak | J-Fac | 1/2 | 0 | 0 | 2 | 6 | 0 | 0 | 6 |
| John Barkai | J-Fac | 2/3 | 0 | 3/11 | 14 | 27 | 0 | 82 | 109 |
| Charles Booth | J-Fac | 2/4 | 0 | 1/3 | 7 | 12 | 0 | 34 | 46 |
| Ronald Brown | J-Fac | 3/8 | 0 | 3/7 | 15 | 19 | 0 | 50 | 69 |
| Williamson Chang | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tae-Ung Baik | J-Fac (SJD) | 3/5 | 0 | 3/3 | 8 | 7 | 0 | 4 | 11 |
| Justin Levinson | J-Fac | 1/4 | 0 | 2/5 | 9 | 34 | 0 | 31 | 65 |
| Mark Levin | J-Fac | 3/8 | 0 | 1/3 | 11 | 28 | 0 | 16 | 44 |
| Dan Barnett | J-Fac | 2/3 | 0 | 2/3 | 6 | 14 | 0 | 15 | 29 |
| Kapua Sproat | J-Fac | 2/7 | 0 | 1/3 | 10 | 18 | 0 | 7 | 25 |
| Maxine Burkett | J-Fac | 2/7 | 0 | 1/3 | 10 | 15 | 0 | 9 | 24 |
| Calvin Pang | J-Fac | 3/7 | 0 | 2/5 | 12 | 41 | 0 | 25 | 66 |
| Carole Petersen | J-Fac | 2/5 | 0 | 2/5 | 10 | 10 | 0 | 18 | 28 |
| Andrea Freeman | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 71 | 71 |
| Malia Akutagawa | J-Fac (Clinic) | 1/3 | 0 | 1/3 | 6 | 10 | 0 | 11 | 21 |
| David Forman | S-Fac | 3/5 | 0 | 1/3 | 8 | 27 | 0 | 8 | 35 |
| Susan Serrano | S-Fac (Clinic) | 1/4 | 0 | 1/3 | 7 | 9 | 0 | 11 | 20 |
| Liam Skilling | S-Fac | 1/3 | 0 | 0 | 3 | 67 | 0 | 0 | 67 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 9 | 0 | 0 | 9 |
| Kenneth Lawson | S-Fac (Clinic) | 7/15 | 1/3 | 3/11 | 29 | 130 | 21 | 81 | 232 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | 3 | 0 | 0 | 4 | 4 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

7

## 2016 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2016 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2016) | | | Total Student Enrollment | 2016 Salary (Fiscal Year) | 2016 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 0 | 0 | 2/4 | 4 | 0 | 0 | 14 | 14 | $403,128 | $44,792 |
| Hazel Beh | J-Fac | 2/6 | 0 | 3/9 | 15 | 86 | 0 | 156 | 242 | $173,760 | $19,306 |
| Alison Conner | J-Fac | 2/5 | 0 | 0 | 5 | 12 | 0 | 0 | 12 | $169,404 | $18,882 |
| Lawrence Foster | J-Fac | 3/9 | 1/2 | 0 | 11 | 39 | 14 | 0 | 53 | $161,229 | $17,914 |
| Charles Lawrence | J-Fac | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $180,774 | $20,086 |
| Melody MacKenzie | J-Fac | 5/8 | 0 | 4/8 | 16 | 31 | 0 | 32 | 63 | $183,504 | $20.278 |
| David Callies | J-Fac | 3/9 | 0 | 3/7 | 16 | 99 | 0 | 65 | 164 | $221,004 | $24,556 |
| Denise Antolini | J-Fac (Dean) | 1/1 | 1/1 | 2/4 | 6 | 5 | 2 | 32 | 39 | $185,016 | $20,557 |
| James Pietsch | J-Fac (Clinic) | 2/4 | 0 | 2/3 | 7 | 18 | 0 | 26 | 44 | $183,972 | $20,441 |
| Mari Matsuda | J-Fac | 2/7 | 0 | 2/7 | 14 | 36 | 0 | 64 | 100 | $183,288 | $20,365 |
| Eric Yamamoto | J-Fac | 2/6 | 0 | 2/4 | 10 | 80 | 0 | 76 | 156 | $169,686 | $18,854 |
| Linda Krieger | J-Fac | 2/4 | 0 | 4/6 | 10 | 54 | 0 | 34 | 88 | $169,677 | $18,853 |
| Vicky Szymczak | J-Fac | 0 | 0 | 4/4 | 4 | 0 | 0 | 44 | 44 | $174,888 | $19,432 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 34 | 0 | 72 | 106 | $161,469 | $17,941 |
| Charles Booth | J-Fac | 3/5 | 0 | 1/3 | 8 | 30 | 0 | 58 | 88 | $159,414 | $17,712 |
| Ronald Brown | J-Fac | 4/8 | 0 | 3/7 | 15 | 18 | 0 | 32 | 50 | $159,414 | $17,712 |
| Williamson Chang | J-Fac | 0 | 1/4 | 0 | 4 | 0 | 6 | 0 | 6 | $164,268 | $18,252 |
| Tae-Ung Baik | J-Fac (SJD) | 1/3 | 0 | 3/7 | 10 | 9 | 0 | 18 | 27 | $124,440 | $13,826 |
| Justin Levinson | J-Fac | 2/8 | 0 | 2/6 | 14 | 43 | 0 | 89 | 132 | $153,228 | $17,032 |
| Mark Levin | J-Fac | 4/9 | 0 | 2/4 | 13 | 34 | 0 | 28 | 62 | $146,368 | $16,263 |
| Dan Barnett | J-Fac | 2/6 | 2/2 | 2/4 | 12 | 17 | 9 | 17 | 43 | $144,204 | $16,022 |
| Kapua Sproat | J-Fac | 0 | 1/1 | 2/5 | 6 | 0 | 7 | 18 | 25 | $131,772 | $14,641 |
| Maxine Burkett | J-Fac | 2/7 | 0 | 1/2 | 9 | 16 | 0 | 3 | 19 | $131,544 | $14,616 |
| Calvin Pang | J-Fac | 3/6 | 0 | 2/5 | 11 | 43 | 0 | 70 | 113 | $139,572 | $15,508 |
| Carole Petersen | J-Fac | 2/4 | 0 | 1/3 | 7 | 9 | 0 | 24 | 33 | $65,472 | $7,274 |
| Andrea Freeman | J-Fac | 3/7 | 0 | 3/6 | 13 | 39 | 0 | 72 | 111 | $120,756 | $13,417 |
| Malia Akutagawa | J-Fac (Clinic) | 2/6 | 0 | 1/3 | 9 | 16 | 0 | 11 | 27 | $110,340 | $12,260 |
| David Forman | S-Fac | 2/4 | 0 | 1/3 | 7 | 22 | 0 | 12 | 34 | $97,704 | $8,882 |
| Susan Serrano | S-Fac (Clinic) | 2/6 | 0 | 2/7 | 13 | 20 | 0 | 21 | 41 | $108,144 | $9,831 |
| Liam Skilling | S-Fac | 3/5 | 0 | 1/3 | 8 | 10 | 0 | 10 | 20 | $85,176 | $7,743 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $70,551 | $6,413 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 6 | 0 | 0 | 6 | $85,176 | $7,743 |
| Kenneth Lawson | S-Fac (Clinic) | 5/8 | 0 | 3/7 | 15 | 71 | 0 | 34 | 105 | $99,852 | $9,077 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 1/3 | 3 | 0 | 0 | 4 | 4 | $97,356 | $8,850 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $97,356 | $8,850 |

8

## 2015 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2015 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2015) | | | Total Student Enrollment |
|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | |
| Avi Soifer | J-Fac (Dean) | 3/6 | 2/2 | 2/4 | 12 | 13 | 2 | 49 | 64 |
| Hazel Beh | J-Fac | 2/6 | 2/5 | 2/4 | 15 | 126 | 8 | 72 | 206 |
| Alison Conner | J-Fac | 0 | 0 | 3/7 | 7 | 0 | 0 | 22 | 22 |
| Lawrence Foster | J-Fac | 2/4 | 0 | 2/6 | 10 | 9 | 0 | 32 | 41 |
| Charles Lawrence | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 10 | 10 |
| Melody MacKenzie | J-Fac | 4/7 | 2/2 | 3/7 | 16 | 19 | 2 | 34 | 55 |
| Virginia Hench | J-Fac (Clinic) | 2/8 | 0 | 0 | 8 | 6 | 0 | 0 | 6 |
| David Callies | J-Fac | 3/9 | 0 | 2/4 | 13 | 170 | 0 | 43 | 213 |
| Denise Antolini | J-Fac (Dean) | 3/6 | 3/14 | 2/6 | 26 | 17 | 16 | 46 | 79 |
| James Pietsch | J-Fac (Clinic) | 2/2 | 0 | 1/1 | 3 | 23 | 0 | 21 | 44 |
| Mari Matsuda | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 15 | 15 |
| Eric Yamamoto | J-Fac | 2/5 | 0 | 2/4 | 9 | 115 | 0 | 69 | 184 |
| Linda Krieger | J-Fac | 0 | 0 | 2/5 | 5 | 0 | 0 | 55 | 55 |
| Vicky Szymczak | J-Fac | 0 | 0 | 1/1 | 1 | 0 | 0 | 8 | 8 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 43 | 0 | 74 | 117 |
| Charles Booth | J-Fac | 2/4 | 0 | 2/6 | 10 | 34 | 0 | 31 | 65 |
| Ronald Brown | J-Fac | 3/8 | 0 | 3/7 | 15 | 42 | 0 | 29 | 71 |
| Williamson Chang | J-Fac | 2/7 | 0 | 2/6 | 13 | 16 | 0 | 13 | 29 |
| Tae-Ung Baik | J-Fac (SJD) | 2/4 | 1/1 | 2/6 | 11 | 10 | 1 | 15 | 26 |
| Justin Levinson | J-Fac | 2/5 | 0 | 2/6 | 11 | 108 | 0 | 96 | 204 |
| Mark Levin | J-Fac | 1/3 | 0 | 4/8 | 11 | 14 | 0 | 37 | 51 |
| Dan Barnett | J-Fac | 2/4 | 0 | 1/3 | 7 | 27 | 0 | 12 | 39 |
| Kapua Sproat | J-Fac | 2/7 | 0 | 2/5 | 12 | 14 | 0 | 18 | 32 |
| Maxine Burkett | J-Fac | 0 | 0 | 2/7 | 7 | 0 | 0 | 70 | 70 |
| Calvin Pang | J-Fac | 3/6 | 0 | 2/5 | 11 | 66 | 0 | 40 | 106 |
| Carole Petersen | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 10 | 10 |
| Andrea Freeman | J-Fac | 3/6 | 1/1 | 1/3 | 10 | 26 | 1 | 94 | 121 |
| Malia Akutagawa | J-Fac (Clinic) | 1/3 | 0 | 2/6 | 9 | 7 | 0 | 13 | 20 |
| David Forman | S-Fac | 2/4 | 0 | 1/3 | 7 | 28 | 0 | 9 | 37 |
| Susan Serrano | S-Fac (Clinic) | 1/4 | 0 | 1/3 | 7 | 6 | 0 | 10 | 16 |
| Liam Skilling | S-Fac | 2/4 | 0 | 2/4 | 8 | 15 | 0 | 10 | 25 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 3 | 0 | 0 | 3 |
| Kenneth Lawson | S-Fac (Clinic) | 2/7 | 0 | 2/5 | 12 | 78 | 0 | 45 | 123 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2014 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2014 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2014) | | | Total Student Enrollment |
|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | |
| Avi Soifer | J-Fac | 1/4 | 0 | 1/1 | 5 | 10 | 0 | 3 | 13 |
| Hazel Beh | J-Fac | 2/6 | 0 | 3/9 | 15 | 84 | 0 | 174 | 258 |
| Alison Conner | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 19 | 19 |
| Lawrence Foster | J-Fac | 2/4 | 0 | 2/6 | 10 | 4 | 0 | 48 | 52 |
| Charles Lawrence | J-Fac | 1/3 | 0 | 0 | 3 | 11 | 0 | 0 | 11 |
| Melody MacKenzie | J-Fac | 2/5 | 2/5 | 4/8 | 18 | 24 | 8 | 33 | 65 |
| Virginia Hench | J-Fac | 3/12 | 0 | 1/11 | 23 | 14 | 0 | 18 | 32 |
| David Callies | J-Fac | 3/9 | 0 | 3/7 | 16 | 97 | 0 | 68 | 165 |
| Denise Antolini | J-Fac (Dean) | 2/7 | 0 | 1/3 | 10 | 21 | 0 | 13 | 34 |
| James Pietsch | J-Fac | 2/4 | 0 | 2/2 | 6 | 25 | 0 | 44 | 69 |
| Mari Matsuda | J-Fac | 2/7 | 0 | 0 | 7 | 77 | 0 | 0 | 77 |
| Eric Yamamoto | J-Fac | 1/3 | 0 | 2/6 | 9 | 57 | 0 | 108 | 165 |
| Linda Krieger | J-Fac | 2/6 | 0 | 0 | 6 | 45 | 0 | 0 | 45 |
| Vicky Szymczak | J-Fac | 1/2 | 0 | 13/13 | 15 | 9 | 0 | 78 | 87 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 29 | 0 | 41 | 70 |
| Charles Booth | J-Fac | 1/3 | 0 | 2/6 | 9 | 14 | 0 | 52 | 66 |
| Ronald Brown | J-Fac | 3/8 | 0 | 3/7 | 15 | 46 | 0 | 43 | 89 |
| Williamson Chang | J-Fac | 1/3 | 0 | 2/5 | 8 | 9 | 0 | 19 | 28 |
| Tae-Ung Baik | J-Fac (SJD) | 2/6 | 0 | 3/9 | 15 | 12 | 0 | 27 | 39 |
| Justin Levinson | J-Fac | 2/5 | 0 | 3/7 | 12 | 42 | 0 | 44 | 86 |
| Mark Levin | J-Fac | 2/7 | 0 | 2/6 | 13 | 22 | 0 | 11 | 33 |
| Dan Barnett | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 12 | 12 |
| Kapua Sproat | J-Fac | 0 | 0 | 2/5 | 5 | 0 | 0 | 19 | 19 |
| Maxine Burkett | J-Fac | 1/4 | 0 | 1/4 | 8 | 33 | 0 | 96 | 129 |
| Calvin Pang | J-Fac | 4/8 | 0 | 2/4 | 12 | 56 | 0 | 11 | 67 |
| Carole Petersen | J-Fac | 2/4 | 0 | 1/1 | 5 | 16 | 0 | 5 | 21 |
| Andrea Freeman | J-Fac | 2/6 | 0 | 1/3 | 9 | 63 | 0 | 57 | 120 |
| Malia Akutagawa | J-Fac (Clinic) | 1/3 | 0 | 2/6 | 9 | 11 | 0 | 18 | 29 |
| David Forman | S-Fac | 2/4 | 0 | 1/3 | 7 | 17 | 0 | 11 | 28 |
| Susan Serrano | S-Fac (Clinic) | 1/4 | 0 | 1/3 | 7 | 11 | 0 | 10 | 21 |
| Liam Skilling | S-Fac | 1/3 | 0 | 1/1 | 4 | 12 | 0 | 2 | 14 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 4 | 0 | 0 | 4 |
| Kenneth Lawson | S-Fac (Clinic) | 2/6 | 0 | 2/7 | 13 | 105 | 0 | 55 | 160 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## 2013 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2013 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2013) | | | Total Student Enrollment | 2013 Salary (Fiscal Year) | 2013 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 2/4 | 0 | 1/3 | 7 | 52 | 0 | 50 | 102 | $403,128 | $44,792 |
| Hazel Beh | J-Fac | 2/6 | 1/4 | 1/3 | 13 | 112 | 9 | 65 | 186 | $163,788 | $18,198 |
| Alison Conner | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 73 | 73 | $159,684 | $17,742 |
| Lawrence Foster | J-Fac | 0 | 0 | 3/7 | 7 | 0 | 0 | 36 | 36 | $156,984 | $17,442 |
| Charles Lawrence | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 10 | 10 | $180,000 | $20,000 |
| Melody MacKenzie | J-Fac | 1/1 | 0 | 2/4 | 5 | 12 | 0 | 21 | 33 | $158,616 | $17,624 |
| Virginia Hench | J-Fac | 2/8 | 0 | 2/8 | 16 | 10 | 0 | 59 | 69 | $154,836 | $17,204 |
| David Callies | J-Fac | 1/3 | 0 | 1/1 | 4 | 18 | 0 | 33 | 51 | $208,320 | $23,146 |
| Denise Antolini | J-Fac (Dean) | 0 | 0 | 1/3 | 3 | 0 | 0 | 24 | 24 | $185,016 | $20,557 |
| James Pietsch | J-Fac (Clinic) | 3/6 | 0 | 1/3 | 9 | 15 | 0 | 27 | 42 | $171,744 | $19,082 |
| Mari Matsuda | J-Fac | 2/7 | 0 | 1/3 | 10 | 93 | 0 | 12 | 105 | $172,764 | $19,196 |
| Eric Yamamoto | J-Fac | 1/2 | 0 | 1/3 | 5 | 14 | 0 | 60 | 74 | $166,944 | $18,549 |
| Linda Krieger | J-Fac | 1/3 | 1/4 | 2/5 | 12 | 89 | 10 | 19 | 118 | $166,932 | $18,548 |
| Vicky Szymczak | J-Fac | 1/2 | 0 | 1/1 | 3 | 5 | 0 | 7 | 12 | $163,260 | $18,140 |
| John Barkai | J-Fac | 2/3 | 0 | 0 | 3 | 32 | 0 | 0 | 32 | $157,260 | $17,473 |
| Charles Booth | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 54 | 54 | $154,836 | $17,204 |
| Ronald Brown | J-Fac | 2/4 | 0 | 3/7 | 11 | 35 | 0 | 37 | 72 | $154,836 | $17,204 |
| Williamson Chang | J-Fac | 2/5 | 0 | 2/6 | 11 | 39 | 0 | 15 | 54 | $154,836 | $17,204 |
| Tae-Ung Baik | J-Fac (SJD) | 2/5 | 0 | 1/3 | 8 | 27 | 0 | 18 | 45 | $117,300 | $13,033 |
| Justin Levinson | J-Fac | 1/2 | 1/4 | 2/5 | 11 | 15 | 9 | 37 | 61 | $144,432 | $16,048 |
| Mark Levin | J-Fac | 2/5 | 0 | 2/6 | 11 | 20 | 0 | 38 | 58 | $139,464 | $15,496 |
| Kapua Sproat | J-Fac | 1/3 | 0 | 2/5 | 8 | 8 | 0 | 19 | 27 | $115,000 | $12,777 |
| Maxine Burkett | J-Fac | 0 | 0 | 2/6 | 6 | 0 | 0 | 19 | 19 | $123,996 | $13,777 |
| Calvin Pang | J-Fac | 3/6 | 0 | 3/7 | 13 | 75 | 0 | 18 | 93 | $131,556 | $14,617 |
| Carole Petersen | J-Fac | 1/1 | 0 | 0 | 1 | 5 | 0 | 0 | 5 | $123,420 | $13,713 |
| Andrea Freeman | J-Fac | 0 | 0 | 1/3 | 3 | 0 | 0 | 75 | 75 | $137,620 | $15,291 |
| Malia Akutagawa | J-Fac (Clinic) | 2/5 | 0 | 1/3 | 8 | 17 | 0 | 8 | 25 | $104,001 | $11,555 |
| David Forman | S-Fac | 2/4 | 1/1 | 0 | 5 | 25 | 1 | 0 | 26 | $84,456 | $7,677 |
| Susan Serrano | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $93,468 | $8,497 |
| Liam Skilling | S-Fac | 1/3 | 0 | 1/3 | 6 | 11 | 0 | 7 | 18 | $71,928 | $6,538 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Not available | Not available |
| Dina Shek | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 5 | 0 | 0 | 5 | $60,000 | $5,454 |
| Kenneth Lawson | S-Fac (Clinic) | 1/4 | 1/3 | 2/7 | 14 | 28 | 19 | 81 | 128 | $93,216 | $8,474 |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $80,004 | $7,273 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $77,388 | $7,035 |

## 2012 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2021 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2012) | | | Total Student Enrollment | 2012 Salary (Fiscal Year) | 2012 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 1/1 | 0 | 2/4 | 5 | 35 | 0 | 122 | 157 | $382,992 | $42,554 |
| Hazel Beh | J-Fac | 1/3 | 1/4 | 2/7 | 14 | 33 | 5 | 108 | 146 | $163,788 | $18,198 |
| Alison Conner | J-Fac | 2/5 | 1/4 | 2/6 | 15 | 44 | 6 | 20 | 70 | $159,684 | $17,742 |
| Lawrence Foster | J-Fac | 0 | 0 | 3/7 | 7 | 0 | 0 | 21 | 21 | $156,984 | $17,442 |
| Charles Lawrence | J-Fac | 1/3 | 0 | 1/3 | 6 | 28 | 0 | 10 | 38 | $180,000 | $20,000 |
| Melody MacKenzie | J-Fac | 1/3 | 0 | 2/6 | 9 | 9 | 0 | 28 | 37 | $153,616 | $17,068 |
| Virginia Hench | J-Fac (Clinic) | 2/8 | 0 | 3/12 | 20 | 10 | 0 | 88 | 98 | $154,836 | $17,204 |
| David Callies | J-Fac | 1/4 | 0 | 2/6 | 10 | 78 | 0 | 45 | 123 | $208,320 | $23,146 |
| Denise Antolini | J-Fac (Dean) | 0 | 0 | 2/6 | 6 | 0 | 0 | 22 | 22 | $175,776 | $19,530 |
| James Pietsch | J-Fac (Clinic) | 2/4 | 0 | 2/4 | 8 | 19 | 0 | 17 | 36 | $166,740 | $18,526 |
| Mari Matsuda | J-Fac | 2/7 | 0 | 1/3 | 10 | 95 | 0 | 11 | 106 | $172,764 | $19,196 |
| Eric Yamamoto | J-Fac | 3/8 | 0 | 0 | 8 | 146 | 0 | 0 | 146 | $166,944 | $18,549 |
| Linda Krieger | J-Fac | 1/4 | 0 | 1/3 | 7 | 15 | 0 | 11 | 26 | $166,932 | $18,548 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 46 | 0 | 90 | 136 | $157,260 | $17,473 |
| Charles Booth | J-Fac | 1/2 | 0 | 0 | 2 | 4 | 0 | 0 | 4 | $154,836 | $17,204 |
| Ronald Brown | J-Fac | 2/4 | 0 | 3/7 | 11 | 31 | 0 | 43 | 74 | $154,836 | $17,204 |
| Williamson Chang | J-Fac | 3/6 | 0 | 0 | 6 | 24 | 0 | 0 | 24 | $154,836 | $17,204 |
| Tae-Ung Baik | J-Fac (SJD) | 2/5 | 0 | 2/6 | 11 | 14 | 0 | 19 | 33 | $101,328 | $11,258 |
| Justin Levinson | J-Fac | 2/5 | 0 | 0 | 5 | 86 | 0 | 0 | 86 | $133,728 | $14,858 |
| Mark Levin | J-Fac | 2/6 | 0 | 0 | 6 | 17 | 0 | 0 | 17 | $139,464 | $15,496 |
| Kapua Sproat | J-Fac | 1/3 | 0 | 2/5 | 8 | 8 | 0 | 20 | 28 | $115,000 | $12,777 |
| Maxine Burkett | J-Fac | 1/4 | 0 | 1/2 | 6 | 58 | 0 | 8 | 66 | $123,996 | $13,777 |
| Calvin Pang | J-Fac | 2/4 | 0 | 1/4 | 8 | 42 | 0 | 11 | 53 | $131,556 | $14,617 |
| Carole Petersen | J-Fac | 2/3 | 0 | 1/3 | 6 | 14 | 0 | 8 | 22 | $91,104 | $10,122 |
| David Forman | S-Fac | 2/4 | 0 | 3/8 | 12 | 40 | 0 | 24 | 64 | $81,996 | $7,454 |
| Susan Serrano | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $90,744 | $8,249 |
| Liam Skilling | S-Fac | 0 | 0 | 1/4 | 4 | 0 | 0 | 11 | 11 | $69,828 | $6,348 |
| Faye Kimura | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $66,500 | $6,045 |
| Dina Shek | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $55,008 | $5,000 |
| Kenneth Lawson | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Not available | Not available |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $75,108 | $6,828 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $75,132 | $6,830 |

12

## 2011 – Course and Salary Comparison

| Professor Name | Position Designation | Courses Taught 2011 (Courses/Total credits) | | | Total Credit Hours | Student Enrollment (2011) | | | Total Student Enrollment | 2011 Salary (Fiscal Year) | 2011 Monthly Salary (Approx.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | | Spring | Summer | Fall | | | |
| Avi Soifer | J-Fac (Dean) | 1/1 | 1/2 | 2/5 | 8 | 37 | 18 | 45 | 100 | $374,938 | $41,659 |
| Hazel Beh | J-Fac | 1/3 | 1/4 | 1/3 | 10 | 86 | 8 | 91 | 185 | $163,790 | $18,198 |
| Alison Conner | J-Fac | 1/3 | 0 | 1/3 | 6 | 15 | 0 | 29 | 34 | $159,679 | $17,742 |
| Lawrence Foster | J-Fac | 3/7 | 0 | 0 | 7 | 68 | 0 | 0 | 68 | $156,986 | $17,776 |
| Charles Lawrence | J-Fac | 1/3 | 0 | 0 | 3 | 16 | 0 | 0 | 16 | $180,000 | $20,000 |
| Melody MacKenzie | J-Fac | 1/3 | 0 | 2/4 | 7 | 9 | 0 | 30 | 39 | $146,291 | $16,254 |
| Virginia Hench | J-Fac | 2/8 | 0 | 3/16 | 24 | 13 | 0 | 95 | 108 | $154,839 | $17,204 |
| David Callies | J-Fac | 2/8 | 0 | 0 | 8 | 135 | 0 | 0 | 135 | $208,317 | $23,146 |
| Denise Antolini | J-Fac (Clinic) | 0 | 0 | 1/3 | 3 | 21 | 0 | 0 | 21 | $142,079 | $15,786 |
| James Pietsch | J-Fac (Clinic) | 2/6 | 0 | 2/4 | 10 | 19 | 0 | 45 | 64 | $158,736 | $17,637 |
| Mari Matsuda | J-Fac | 2/7 | 0 | 1/3 | 10 | 84 | 0 | 10 | 94 | $172,769 | $19,196 |
| Eric Yamamoto | J-Fac | 2/5 | 0 | 0 | 5 | 108 | 0 | 0 | 108 | $166,938 | $18,548 |
| Linda Krieger | J-Fac | 1/3 | 0 | 0 | 3 | 12 | 0 | 0 | 12 | $166,937 | $18,548 |
| John Barkai | J-Fac | 2/3 | 0 | 2/5 | 8 | 55 | 0 | 91 | 146 | $157,259 | $17,473 |
| Charles Booth | J-Fac | 0 | 0 | 2/7 | 7 | 0 | 0 | 64 | 64 | $154,839 | $17,204 |
| Ronald Brown | J-Fac | 3/7 | 0 | 0 | 7 | 33 | 0 | 0 | 33 | $154,839 | $17,204 |
| Williamson Chang | J-Fac | 3/6 | 0 | 3/9 | 15 | 29 | 0 | 49 | 78 | $154,839 | $17,204 |
| Justin Levinson | J-Fac | 1/2 | 0 | 0 | 2 | 20 | 0 | 0 | 20 | $133,731 | $14,859 |
| Mark Levin | J-Fac | 2/5 | 0 | 2/4 | 9 | 9 | 0 | 109 | 118 | $129,135 | $14,348 |
| Maxine Burkett | J-Fac | 0 | 0 | 1/2 | 2 | 0 | 0 | 17 | 17 | $124,000 | $13,777 |
| Calvin Pang | J-Fac | 2/3 | 0 | 0 | 3 | 16 | 0 | 0 | 16 | $131,555 | $14,617 |
| Carole Petersen | J-Fac | 1/1 | 0 | 1/4 | 5 | 4 | 0 | 10 | 14 | $84,354 | $9,372 |
| David Forman | S-Fac | 1/1 | 0 | 1/3 | 4 | 3 | 0 | 13 | 16 | $75,912 | $6,901 |
| Susan Serrano | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $90,743 | $8,249 |
| Faye Kimura | S-Fac (Clinic) | 1/3 | 0 | 0 | 3 | 20 | 0 | 0 | 20 | $54,446 | $4,949 |
| Dina Shek | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $55,008 | $5,000 |
| ==Kenneth Lawson== | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | ==Not available== | ==Not available== |
| Spencer Kimura | S-Fac (LLM) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $70,104 | $6,373 |
| Lenora Lee | S-Fac (Clinic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $69,568 | $6,324 |

13