# EXHIBIT F

February 21, 2023

Aloha mai kākou,

Thank you to those who have reached out to inquire about the Black History Month book club "lunch and discussion." We thought it would be helpful to share what we have already shared with other faculty regarding the background and format of this event. We offer this additional information in the spirit of openness, and we hope it fosters better understanding and dialogue within our law school and greater community.

BACKGROUND ABOUT THE PROPOSED EVENT

In 2021, Dina Shek had the privilege of being an invited speaker on a "Civil Rights & Access To Justice" panel, part of a racial equity series sponsored by the Hawaiʻi State Judiciary's Committee on Equality and Access to the Courts, the Judiciary History Center, and the Hawaiʻi State Bar Association's Civic Education Committee to identify ways to further strengthen racial equity in Hawaiʻi. During the event, Dina shared these remarks:

*Finally, I want to acknowledge how fortunate we are for judiciary leadership who host such a thoughtful discussion series on racial equity. It was really inspiring to read Chief Justice Recktenwald's statement (June 2020) that confronts the challenges raised by Black Lives Matter movements and quotes Martin Luther King's "Letter from a Birmingham Jail." Thank you for this.*

*But I also want to push us a bit further and address the need for even more. On the MLK Holiday a few weeks ago, our Dean, Camille Nelson, shared her 2008 article titled, "The Radical King," that calls us to remember Dr. King as more than an "I have a dream" soundbite. Dean Nelson urges that, ". . . the radical parts of Dr. King's messages should be reread and reconsidered in light of their contemporary resonance. . ." Let's do this!*

*For many years I have re-read the "Letter from a Birmingham Jail" on the MLK holiday, and I always thought it would be interesting to do a little "book club" discussion on it. There is so much more there that would really challenge us to think about how we lawyer, how we organize, how we "policy," how we "neighbor". . .*

Following this event—which included civil rights attorney Daphne Barbee-Wooten, Hawaiʻi Civil Rights Commission Director Bill Hoshijo, and Legal Aid housing attorney Rebecca Leibowitz—Dina had further discussions with Professor Susan Serrano and others about realizing this "book club" idea to discuss Dr. Rev. Martin Luther King Jr.'s *Letter from Birmingham Jail* (hereafter "Letter"). Because we conceived of this as a book club-style discussion, it required a format that allowed for robust, respectful, equitable—and facilitated—discussion, allowing participants to engage with a seminal text without judgment or any perceived heavy-handedness of the classroom.

For additional background, we have also participated in this exercise once with trusted friends and colleagues, and the self-reflection and sharing went beyond expectations. Participants

shared about their own familial histories of enslavement and other forms of historical oppression, and how it impacts their lives, work, and teachings. Others shared ideas for better incorporating texts like Dr. King's Letter into their curriculum and even in their parenting. And all agreed that small, facilitated discussions like these are excellent tools for critical engagement with texts that we so often hear about and maybe even quote from, but perhaps could be reminded to dig a little deeper into.

Thus was born the proposed "lunch and discussion . . . reflecting on the continued relevance of Dr. Martin Luther King Jr.'s *Letter From Birmingham Jail*," a book club-style event for law school participants to begin engaging with this foundational text. As shared earlier, the simple format is designed to allow for robust, respectful, and equitable discussion. Facilitators, especially in a university and graduate school setting like ours, would provide guidance and guardrails to be sure, but the goal is to allow for small group reflection in a safe and supportive space and, significantly, to generate action ideas for the future. As part of the exercise on Feb. 23 we planned to invite participants to share an action step that could include, for example, suggestions about future topics and formats for deeper education (see more below). The organizers were also prepared to share additional resources and upcoming events that are doing the heavy lifting of examining aspects of the Black Civil Rights Movement with people connected to those events. (See, for example, "A Call for Justice – The 1963 Bombing of the 16th Street Baptist Church," a local event on Feb. 24 hosted by the United States District Court for the District of Hawai'i, and the Federal Bar Association, Hawai'i Chapter.)

**PROPOSED FORMAT FOR THE EVENT**

The organizers of the MLK Letter event planned for the following format. It would start with a brief introduction and a video grounding us in the contemporary relevance of Dr. King's Letter. (See "Confronting Our History of Racial Injustice," Equal Justice Initiative video featuring Bryan Stevenson.) We planned to then review some ground rules (i.e., Kapu Aloha) and begin small group discussions.

Each group would be facilitated using the following three prompts:
1. Share one thing that stood out for you in (re-)reading Dr. King's Letter. (This can be something that resonated with you, something you have a question about, something you agree/disagree with, etc.)
2. How is Dr. King's Letter still specifically relevant today?
3. How is Dr. King's Letter specifically relevant in Hawai'i?

We planned to close by asking participants to write one action step on a post-it note to be added to a collective response board. Because we anticipated a relatively small group (15-20 attendees), we thought people could state their action while adding it to the board. Prompts for an action step would include the following:

—Share a personal commitment, such as "I plan to read another MLK speech," "I plan to learn more about the Black Civil Rights Movement," "I plan to attend a social justice event/action," etc.

—Invite people to something you're organizing or participating in, such as "Come with me to testify about police accountability/reproductive justice/Native Hawaiian health," "Attend the 'A Call for Justice' event tomorrow," etc.
—Suggest an idea for future gatherings, such as "Let's host another event that digs deeper into xyz," "Let's invite xyz to join/speak," etc.

It was ambitious for a single lunchtime event, but we put a lot of thought into careful facilitation that would balance multiple goals while allowing student voices to be centered. This event was never intended to be a panel presentation about the Black Civil Rights Movement. Our context for the Letter was intentionally rooted in contemporary relevance—again, because we consider the Letter to be a seminal text able to withstand critical inquiry from contemporary views—using Bryan Stevenson's powerful framing as the introduction. And significantly, after George Floyd's murder in 2020, many Black people shared anti-racist resources nationwide and called on others to take up the responsibility for anti-racist actions. This was envisioned as part of that call, and we view the University as a critical facilitator of thoughtful dialogue such as this.

## ADDITIONAL THOUGHTS

Any organizer hopes that a colleague with concerns about an upcoming event would speak with their colleagues directly to get clarification and engage in constructive dialogue. If anyone had come to us directly to provide constructive ideas and suggestions, we would have been open to listening and incorporating them. If they had come to us and simply asked questions, they would have learned more about who we did consult, including that we had invited Dean Nelson to give a welcome and introductory framing, but she was unavailable. None of that inquiry happened here.

In response to the argument that we would not find this acceptable for "Japanese Internment Camps," we will share here that we recently had a conversation about this exact point. As people with Japanese American roots (as well as one of us who *is* Black—a descendant of both free and enslaved Black people from Puerto Rico), we would be thrilled if anyone—Japanese American or not—hosted a similar book club-style discussion around the *Korematsu v. U.S.* text. The prompts described above could be used to facilitate a robust discussion, most especially about its relevance to contemporary events in law and society.

## CONCLUSION

We hope this fuller explanation is helpful. Some of you may still disagree with the intent, format, or messaging of the proposed event, but at least you now have the background necessary to make more informed and constructive assessments.

We share this because we are the William S. Richardson School of Law, a teaching, scholarship and public service institution. We are, per our mission, a collaborative, multicultural community with a special responsibility to embrace and advance Hawaiʻi's diversity and values within our state and the Pacific region. We are charged with training future Richardson lawyers to be excellent, ethical, caring, and justice-oriented professionals who adhere to and advance the rule of law. In the words of Dean Nelson, we carry on "the great tradition of [the school's] namesake

in uplifting and embracing individuals, community, and all seekers of justice." And we have all agreed to a contract, both professionally and civilly, to maintain a safe and secure environment by engaging in respectful and productive—indeed civil—discourse, keeping student learning and ethical standards at the fore.

There will be no book club event on February 23, 2023.

Dina Shek
Faculty Specialist

Susan Serrano
Professor of Law