# EXHIBIT 1

**UNIVERSITY of HAWAI'I SYSTEM**

### Title

Discrimination Complaint Procedure for Students, Employees, and Applicants for Admission or Employment

### Header

Administrative Procedure Chapter 1, General Provisions
Administrative Procedure AP 1.202 – Discrimination Complaint Procedure for Students, Employees, and Applicants for Admission or Employment
Effective Date: February 1, 2023 (Supersedes AP 9.920)
Prior Dates Amended: August 2002, December 1990
Responsible Office: Office of the President
Governing Board of Regents and/or Executive Policies: RP 1.205, EP 1.202, EP 1.204
Review Date: August 2025

### I. Purpose

To comply with complaint procedure requirements under various federal and state nondiscrimination statutes, rules, and regulations[1] and to carry out University policies, including but not limited to, Executive Policy EP 1.202, Nondiscrimination, Equal Opportunity, and Affirmative Action Policy; EP 1.204, Sex and Gender Based Misconduct Policy; and UH Board of Regents Policy RP 1.205, Policy on Nondiscrimination and Affirmative Action (together, the "Policies").

To provide a fair, objective, equitable, timely, and effective means of addressing and resolving discrimination complaints. By ensuring due process in the investigation and resolution of complaints, it is hoped that a spirit of openness, fairness, and civility will govern relations among members of the University community.

The University, in accordance with EP 1.202 and EP 1.204, is committed to a policy of nondiscrimination on the bases of race, sex, gender identity and expression, age, religion, color, national origin, ancestry, citizenship, disability, genetic information, marital status, pregnancy (including childbirth, pregnancy related medical conditions, and lactation/breastfeeding), arrest and court record (except as permissible under State law), sexual orientation, national guard participation, status as a protected veteran or other military status, status as a domestic or sexual violence victim, or any other protected category under federal or state laws, regulations, and/or executive orders, in all of its programs, policies, procedures and practices. This procedure also covers complaints regarding sexual misconduct that do not meet the definition of Title IX Sexual Harassment. This procedure may also be used to investigate complaints regarding allegations of other University policies, as applicable.

---

[1] As set forth in relevant sections of the Violence Against Women Reauthorization Act of 2013 (VAWA), this procedure also covers stalking.

Page 1 of 13

AP 1.202
February 2023

Complainants are not limited to this procedure and have rights under both federal and state laws, which have deadlines for filing of complaints (see Section III.E, External Agencies).

For allegations involving Title IX Sexual Harassment as defined under EP 1.204, please refer to EP 1.204 and Administrative Procedure AP 1.204 or contact a Title IX Coordinator.

II. **Definitions**

A. **Advisor**

*Advisor* means an individual chosen by a Party to accompany the Party to meetings related to the investigation or resolution process, and to advise the Party on that process.

B. **Appeal Officer**

*Appeal Officer* means an impartial individual who has decision-making and sanctioning authority within the University's appeal process. The Appeal Officer is not the same person as the Decision Maker that reached the determination regarding responsibility.

C. **Complainant**

*Complainant* means an individual who is alleged to be the victim of conduct that could constitute Prohibited Behavior as defined in EP 1.202 or EP 1.204.

D. **Complaints**

*Complaints* are allegations submitted to a Coordinator alleging violations of EP 1.202 or EP 1.204.

E. **Coordinator**

*Coordinator* is at least one official designated by the University to ensure compliance with the University's applicable nondiscrimination policies and procedures. References to the Coordinator throughout this procedure may include the Equal Employment Opportunity (EEO) or Title IX Coordinator, the Senior Student Affairs Officer, or a designee of the Coordinator for specific tasks.

F. **Decision Maker**

*Decision Maker* means an impartial individual(s) who has decision-making and sanctioning authority within the University's investigation process.

G. **Fact-Finding Report**

*Fact-Finding Report* is a report synthesized and compiled by the Investigator(s). It includes but is not limited to a summary of the allegations of the Complainant, statements made by the Complainant, Respondent, and other relevant witnesses, any documentary evidence, and a statement of relevant facts.

### H. Finding

*Finding* is a conclusion, by the Preponderance of the Evidence, that the conduct did or did not occur as alleged, and whether the conduct violated a University policy.

1. *Cause Finding* is a conclusion by the Decision Maker that there is sufficient evidence to support a finding of a violation of University policy, (i.e., finding that the Preponderance of the Evidence, based on the investigation, supports the allegations of discrimination).

2. *No Cause Finding* is a conclusion by the Decision Maker that there is insufficient evidence to support a finding of a violation of University policy (i.e., finding that the Preponderance of the Evidence, based on the investigation, does not support the Complainant's allegations of discrimination).

### I. Investigator

*Investigator* means a neutral individual(s) assigned by the Coordinator to gather facts, including documentary evidence, assess relevance, synthesize the evidence, and compile the information into a fact-finding Report.

### J. Parties or Party

*Parties* mean the Complainant(s) and Respondent(s), collectively.

*Party* refers to either the Complainant or Respondent, separately.

### K. Preponderance of the Evidence

*Preponderance of the Evidence* is the standard of review used in determining whether alleged Prohibited Behavior violates either of the Policies.

### L. Prohibited Behavior

*Prohibited Behavior* means any behavior prohibited under EP 1.202 or EP 1.204.

### M. Remedies

*Remedies* are post-finding actions directed to the Complainant and/or the community as mechanisms to address safety, prevent recurrence, and restore or preserve equal access to the University's educational program and/or employment.

### N. Respondent

*Respondent* means an individual who has been reported to be the alleged perpetrator of conduct that could constitute Prohibited Behavior under EP 1.202 or EP 1.204.

## III. Administrative Procedure

### A. Applicability

All University of Hawaiʻi students, employees, and applicants for admission or employment may use these procedures for the purpose of filing discrimination complaints.

Title IX Sexual Harassment complaints fall under AP 1.204. Whether a complaint is a Title IX Sexual Harassment complaint will be determined by the Title IX Coordinator on a case-by-case basis. Complaints of an alleged supportive measure violation granted by a Title IX Coordinator and/or complaints of alleged retaliation as defined in EP 1.204 may follow these procedures. A Coordinator will make this determination on a case-by-case basis.

Employees covered by collective bargaining grievance procedures may choose to file discrimination complaints through the union grievance process but are highly encouraged to use this Administrative Procedure. The UH Administration may refer discrimination complaints filed through the union grievance process to this Administrative Procedure.

Students should note that while complaints involving a range of discrimination and harassment issues may be filed under this procedure, grade changes should be made through an academic process, rather than this procedure.

**B.     Anonymous Complaints**

While an anonymous complaint may not automatically trigger an investigation, the University may have an obligation to take appropriate measures, including conducting an investigation, based on the information provided. Examples may include a pattern of anonymous complaints against an individual or unit. The University may also take remedial action, such as training, if appropriate.

Absolute confidentiality and anonymity cannot be guaranteed. Please be aware that depending on the level of information reported about the incident or the individuals involved, the University's ability to investigate or respond to an anonymous report may be limited.

**C.     Procedures for Resolution and Investigation**

Any student, employee, or applicant for admission or employment who believes they have been discriminated against or harassed is encouraged to contact the Coordinator to file a complaint or for information regarding the avenues of recourse that are available. These options include supportive measures, an informal resolution process, a formal investigation process and a University-Initiated Investigation process, as appropriate.

    **1.     Filing a Complaint**

        a.     Complaints should be directed to the Coordinator. A Complaint should provide sufficient information to the Coordinator, including the Respondent's name, a clear and concise statement of allegations, the alleged basis of discrimination, if applicable (i.e. race, age, sex, etc.) and

        details such as the date and location of the alleged incident(s), if known at the time. If a Complaint requires clarification, additional information may be requested from the Complainant in order to move forward with the process.

   b.   If there are timely reporting limits under the applicable policy, the Coordinator will determine if good cause exists for a later filing.

   c.   The Coordinator will advise the Complainant of informal options for resolving complaints and may provide information about other avenues of recourse with state and federal enforcement agencies as appropriate. Complainants are advised to seek information as soon as possible to meet filing deadlines of external agencies if they choose to do so.

   d.   If the Coordinator determines that the Complaint, even if substantiated, would not rise to the level of a policy violation, the Coordinator will dismiss the Complaint but may recommend follow-up actions to be taken, as appropriate.

2. **Supportive Measures**

The University may offer and implement appropriate and reasonable supportive measures, if available, to the Parties upon receiving a report of alleged Prohibited Behavior. Supportive Measures are non-disciplinary, non-punitive, individualized services offered as appropriate, as reasonably available, and without fee or charge to the Complainant or the Respondent before or after the filing of a complaint or where no complaint has been filed.

Supportive Measures are designed to restore or preserve equal access to the recipient's University-sponsored program or activity without unreasonably burdening the other Party, including measures designed to protect the safety of all Parties or the recipient's educational environment.

The determination of appropriate Supportive Measures in any given situation must be based on the facts and circumstances of that situation. They are not intended to be permanent resolutions and may be amended or withdrawn as additional information is gathered.

3. **Informal Resolution Process**

   a.   After a complaint has been submitted but prior to reaching a determination, the Complainant and Respondent may agree to informally resolve the complaint through an alternate resolution mechanism, such as, but not limited to, facilitated discussions, mediation, hoʻoponopono, etc.

  b.  The Coordinator will meet with both Parties, separately, to explain the informal resolution process.

  c.  Prior to facilitating an informal resolution, the University will provide the Parties with a written notice disclosing:

    (1)  The allegations;

    (2)  The requirements of the informal resolution process, including the circumstances under which it may prevent the Parties from resuming a formal complaint arising from the same allegations;

    (3)  Any consequences resulting from participating in the informal resolution process, including the records that will be maintained or could be shared by the University; and

    (4)  A statement that retaliation is prohibited.

  d.  The University will obtain voluntary, written confirmation that all Parties wish to resolve the matter through an informal resolution before proceeding and shall not pressure the Parties to participate in an informal resolution process.

  e.  Any Party participating in informal resolution can stop the process at any time and in appropriate circumstances, choose to begin or resume the formal complaint process.

  f.  A resolution agreement signed by all the Parties will conclude the complaint process and the complaint will be deemed resolved. The Coordinator will keep a record of any resolution that is reached. Failure to abide by the terms of the resolution agreement may result in appropriate responsive/disciplinary actions.

**4.  University-Initiated Investigations**

Under certain circumstances, the University may initiate an investigation absent a complaint or request to investigate, or if a complaint has been withdrawn. This determination shall be made by the Coordinator. The Coordinator is not the Complainant or a Party in a University-Initiated Investigation and serves as a neutral individual.

In making the determination to conduct a University-Initiated Investigation, the University will consider the frequency, nature, or severity of the allegations, the existence of a withdrawn complaint or Complainant's decision not to participate in the investigation, the age of the Parties involved, whether the allegations indicate violence, threat, pattern, or predation, and the existence of prior or other similar complaints against the Respondent.

5. **Formal Investigation Process**

   a. Upon acceptance of a complaint, the Coordinator will provide a Notice of Allegations and Investigation, contemporaneously, to the Parties. The Notice of Allegations and Investigation will include:

      (1) A summary of the allegations under investigation, including sufficient details such as the date and location of the alleged incident(s), if known at the time;

      (2) The specific policies and procedures implicated with a copy of the policies and procedures;

      (3) The identity of the involved Parties, if known;

      (4) Name and contact information of the neutral Investigator(s) appointed by the Coordinator to conduct fact-finding of the allegations; and

      (5) Response deadline.

   b. If the Respondent would like to provide a written response to the Notice of Allegations and Investigation, the Respondent shall have ten (10) business days from the date of the Notice of Allegations and Investigation to submit a written response to the Investigator(s).

   c. The Coordinator may determine during an investigation, that some or all of the allegations raised in the complaint, even if true, do not support a claim of discrimination as defined in the relevant policy. In such cases, the Coordinator shall dismiss those allegations by informing all relevant Parties in writing via an administrative closure letter.

   d. The Investigator(s) will interview the Parties, review any documentary evidence, and interview witnesses deemed by the Investigator(s) to have relevant and material information pertaining to the complaint.

   e. The Investigator(s) shall seek to complete their investigation within ninety (90) business days of the date the Investigator(s) were assigned to conduct fact-finding. Should an extension of time be required for any reason, the Parties shall be notified in writing.

   f. Upon completion of the investigation, the Investigator(s) will submit the information gathered in the form of a fact-finding report to the Decision Maker or designee for a determination

of finding. A copy of the Fact-Finding Report shall also be provided to the Coordinator.

6. **Outcome**

   a. The Decision Maker shall seek to issue a written determination within thirty (30) business days of receiving the fact-finding report and notify the Complainant and the Respondent of the decision via a University secured electronic system, (i.e. UH FileDrop) and/or certified mail, if available. Should an extension of time be required for any reason, the Parties should be notified in writing.

   b. The Decision Maker will make a determination by objectively evaluating all relevant evidence to decide whether, by a Preponderance of the Evidence, the Respondent is responsible or not responsible for each of the policy violation(s) in question, by issuing a cause or no cause finding.

   c. The Parties will contemporaneously be provided with a written determination letter.

      (1) The Complainant's and Respondent's determination letters will both include:

         (a) A summary of the allegations investigated;

         (b) Findings of fact supporting the determination;

         (c) Conclusions regarding the application of the relevant policy elements to the facts;

         (d) A statement of and rationale for the result as to each allegation, including a determination regarding responsibility; and

         (e) The procedure and permissible bases for both Parties to appeal the determination.

      (2) The Complainant's letter will also include any remedies designed to restore or preserve equal access to the University's education program or activity.

         Generally, discipline shall not be disclosed to the Complainant. However, as additional criteria:

         (a) In Cases where a student has a Cause Finding for Sexual Assault, Domestic Violence, Dating Violence or Stalking in violation of EP 1.204,

        the Parties shall be informed of all discipline imposed. The disclosure of discipline may be included in the Outcome Report or in separate letters sent to the Parties. The University shall not require the Parties to abide by a non-disclosure agreement, in writing or otherwise.

    (b)    In cases where a student is found to have violated EP 1.204 but not any prohibitions against Sexual Assault, Domestic Violence, Dating Violence or Stalking, the Outcome Report sent to the Complainant shall only contain information about the discipline that directly relates to the Complainant.

    (c)    In Cases where an employee has a Cause Finding for Sexual Assault, Domestic Violence, Dating Violence or Stalking in violation of EP 1.204, the Parties shall be informed of all discipline imposed. The University shall not require the Parties to abide by a non-disclosure agreement, in writing or otherwise. If there is an appeal, the Appeal Officer's determination sent to the Parties shall both contain all discipline imposed.

    (d)    In cases where an employee is found to have violated EP 1.204 but not any prohibitions against Sexual Assault, Domestic Violence, Dating Violence or Stalking, the Outcome Report sent to the Complainant shall not include any information relating to discipline.

    (3)    The Respondent's letter will also include any disciplinary sanctions recommended or imposed.

### 7. Sanctions

If there is a cause finding, the University reserves the right to impose any appropriate level of sanction or discipline, ranging from a reprimand up to and including suspension or expulsion/termination, for any violation under the relevant policy.

Corrective actions will be undertaken to both stop the discrimination and prevent its recurrence and shall be imposed to ensure a workplace and educational environment free from discrimination.

AP 1.202
February 2023

For students and excluded employees who have violated University policies, the University will impose disciplinary actions that are reasonably calculated to:

    a.    be commensurate with the seriousness of the offense;

    b.    stop the discrimination or misconduct at issue; and

    c.    ensure the discrimination or misconduct will not recur.

For included employees, the responsible administrator will follow the respective collective bargaining agreement provisions related to disciplinary actions.

To maintain consistency, Decision Makers should consult with Human Resources prior to imposing employee disciplinary actions. Disciplinary actions against students should be consistent with each campus' student conduct code.

Relevant information remains on an employee's personnel records in accordance with the applicable collective bargaining agreement. Relevant information remains on a student's record comparable to other student conduct violations.

Disclosure of disciplinary actions is subject to Chapter 92F HRS, as amended, and the Family Educational Rights and Privacy Act (FERPA).

8. **Remedial Actions and Educational Refresher Programs**

    a.    When appropriate, remedial actions may be offered to the Parties, including, but not limited to, no contact orders, management directions to employees, campus security/public safety escort, changes in schedules, changes in assignments, counseling, assistance with academic services, and other actions that the Decision Maker deems appropriate.

    b.    When appropriate, an employee or student may be required to participate in educational refresher programs. Educational refresher programs may be required as part of the University's goal to prevent the recurrence of inappropriate conduct. Educational refresher programs are not discipline.

9. **Appeal**

    a.    A Party may appeal the University's cause or no cause finding under this procedure.

    b.    An appeal must be submitted to the Coordinator within five (5) business days after the date of the written determination.

    c.    An appeal shall be in writing, cite the basis for the appeal, and explain why the Party believes there is a basis for the appeal.

    d.    Appeals are limited to the following bases:

        (1)    Procedural irregularity that affected the outcome of the matter;

        (2)    New evidence that was not reasonably available at the time the determination regarding responsibility was made, that could affect the outcome of the matter; or

        (3)    The Coordinator, Investigator(s), or Decision Maker had a conflict of interest or bias for or against Complainants or Respondents generally or the specific Complainant or Respondent that affected the outcome of the matter.

        (4)    Student Respondents may appeal a sanction as being disproportionate to the seriousness of the offense.

        For all included Respondent Employees covered by collective bargaining, appeals of disciplinary actions shall be filed in accordance with the applicable collective bargaining agreement. For all excluded Respondent Employees, appeals of disciplinary actions shall be filed in accordance with AP 9.110.

    e.    If an appeal is properly filed, the Coordinator will promptly notify the other Party in writing of the appeal and the basis.

    f.    Within five (5) business days following the appeal deadline, the Coordinator shall forward the properly filed appeal, and the record to an appropriate Appeal Officer.

    g.    The Appeal Officer will examine the information presented. Within twenty (20) business days from the date the Appeal Officer received the information, the Appeal Officer will issue a determination of appeal explaining the rationale for the Appeal Officer's determination. The determination of appeal shall be sent to the Parties contemporaneously. The Appeal Officer's determination will be final and binding within the University.

**10.**    **Advisors**

If a Party is accompanied by an Advisor, the role of this individual is to provide support and consultation, but they may not respond for the Party or disrupt proceedings. If the Advisor is disruptive or otherwise fails to

respect the limits of the advisor role, the meeting will be ended, or other appropriate measures implemented. Advisors are expected to comply with all University policies and procedures. Advisors are expected to maintain the confidentiality of information shared in this process. The Advisor should not have a conflict of interest or be a witness in the case.

D. **Retaliation**

Retaliation against any person using this complaint procedure or any witness involved in the investigation is strictly prohibited, consistent with University policies, including but not limited to EP 1.202 and EP 1.204. Complaints of retaliation may constitute separate charges and will be handled in the same manner as other complaints under this procedure.

E. **External Agencies**

Nothing in these procedures shall affect the right of the Complainant to pursue the matter with an appropriate law enforcement or administrative agency. Discrimination complaints may be filed concurrently with an external agency to meet state and federal agency deadlines without jeopardizing an individual's request to a University investigation.

Administrative agencies that enforce laws prohibiting discrimination, include but are not limited to Equal Employment Opportunity Commission (EEOC), Hawai'i Civil Rights Commission (HCRC), and the U.S. Department of Education's Office for Civil Rights (OCR).

IV. **Delegation of Authority**

Overall responsibility for the implementation of this complaint procedure rests with the President. The Vice Presidents and the Provost/Chancellors are responsible for implementing and disseminating this procedure on their respective campuses. Coordinators for each campus have been publicized with the individual's name, office phone number, and office location.

V. **Contact Information**

    A. **Campus EEO Coordinators**
       http://www.hawaii.edu/offices/eeo/eeo-coordinators/

    B. **Campus Title IX Coordinators**
       https://www.hawaii.edu/titleix/help/coordinator/

    C. **Campus ADA Coordinators**
       http://www.hawaii.edu/offices/eeo/ada-504-coordinators/

VI. **References**

    A. RP 1.205 – Policy on Nondiscrimination and Affirmative Action

    B. EP 1.202 – Nondiscrimination, Equal Opportunity, and Affirmative Action Policy

    C.    EP 1.204 – Sex and Gender Based Misconduct Policy

    D.    EP 7.205 – Systemwide Student Disciplinary Sanctions

    E.    EP 7.208 – Systemwide Student Conduct Code

    F.    AP 1.204 – Interim Title IX Sexual Harassment Grievance Process

    G.    AP 9.900 – Policy and Complaint Procedure for Members of the Public Who Have Discrimination Complaints Regarding Public Accommodations or ADA Complaints Regarding Disability Access to University Services, Programs, and Activities