# EXHIBIT 2

Home    Calendar    Directory    MyUH    Work at UH



# UH Systemwide Policies and Procedures Information System (PPIS)

UH System ▸ Policy Home

Search PPIS [    ] [Go]

**UH System Policies and Procedures**
Board of Regents Policies
**Executive Policies**
  + 1. General Provisions
  + 2. Administration
  + 3. Organization
  + 4. Planning
  + 5. Academic Affairs
  + 6. Tuition, Financial Assistance, and Fees
  + 7. Student Affairs
  + 8. Business and Finance
  + 9. Personnel
  + 10. Land and Physical Facilities
  + 11. Miscellaneous
  + 12. Research
  Abolished Policies (Post Oct. 2014)
  Archived EP

Administrative Procedures

Creation, Maintenance and Abolishment
Frequently Asked Questions

**UH-Related Laws and Rules**
  Hawai'i Revised Statutes (HRS) 304A
  Hawai'i Administrative Rules (HAR) Title 20

UH System Offices

Public Safety and Emergency Management Plans

Login

## Title

Workplace Non-Violence

## Header

Executive Policy Chapter 9, Human Resources
Executive Policy EP 9.210, Workplace Non-Violence
Effective Date: October 2014
Prior Dates Amended: March 2003
Responsible Office: Vice President for Administration, Office of Human Resources
Governing Board of Regents Policy: RP 2.202, Duties of the President
Review Date: August 2019

## I. Purpose

The University of Hawaiʻi is an institution which encourages the intellectual and personal growth of its students as scholars and citizens and recognizes the need to maintain a safe and secure environment for faculty and staff to fulfill the University of Hawaiʻi's mission of teaching, research and service. In order to maintain an environment where these goals can be achieved safely and equitably, the University promotes civility, respect and integrity among all members of its community.

Recognizing the increasing incidence of violence in the workplace, the State of Hawaiʻi implemented a Workplace Non-violence Policy to increase awareness and protect its employees and the public against violence. Similarly, the University believes that students, faculty, staff, employees of contractors, and visitors to the campus must be able to learn and work in a safe environment.

## II. Definitions

No policy specific or unique definitions apply.

## III. Executive Policy

A. The University of Hawai'i prohibits any work related or workplace violence against its students, faculty, staff, visitors and contract employees which materially and substantially interferes with an individual's work, academic performance, and/or workplace safety and/or otherwise subjectively and objectively creates a hostile environment. Such prohibited violent acts may involve physical attack, property damage, as well as written or verbal statements or non-verbal gestures that, to a reasonable person, express or suggest the intent to cause physical or mental harm to another person including but not limited to:

   1. hitting;

   2. pushing and shoving;

   3. throwing or breaking objects;

   4. shouting or yelling in a threatening or hostile manner;

   5. threatening gestures or remarks;

   6. disruptive or hostile actions;

   7. abusive or belligerent language;

   8. sabotage of equipment;

   9. making or sending harassing or threatening telephone calls, letters or other forms of written or electronic communications;

   10. stalking, etc.

B. All incidents must be reported and will be addressed immediately according to statutes, rules, collective bargaining agreements, or policies. Employees (i.e. faculty and staff) should report all incidents to their supervisors or campus designee. The decision to report an incident will never be questioned. The supervisor is responsible for addressing the complaint immediately in accordance with statutes or University policies.

C. Students, visitors, and contract employees should report incidents to the appropriate dean, administrator, or respective campus security personnel who will take appropriate action, in accordance with statutes and University policies.

D. In the event of imminent danger and threat to the health and safety of students, faculty, staff, visitors and contract employees, a 911 emergency call to law enforcement and emergency services personnel for support and assistance is recommended.

E. All administrators, faculty, staff, contract employees and students are responsible for maintaining a university campus environment that ensures that all members are treated with civility and respect to fulfill the University's missions and goals. The University fully supports the efforts of the State of Hawai'i and is committed to a workplace free of violence.

F. Dangerous Weapons: The possession or use of firearms, ammunition or dangerous weapons as defined in Chapter 134, HRS, on University premises is strictly prohibited, unless specifically authorized by the vice president/appropriate chancellor. Dangerous weapons include but are not limited to firearms, ammunition, spear guns, knives, explosives, and dangerous substances. Any person found in violation may be subject to the provisions of state law, University policy, and the Student Conduct Code.

G. Retaliation

1. The University of Hawai'i system prohibits and will not tolerate retaliation. Retaliation is defined as adverse actions that would dissuade a reasonable person from making or supporting a charge of workplace violence or hostile treatment against any individual because he or she engaged in any of the following activities:

   a. sought advice or assistance about workplace violence;

   b. reported a workplace violence incident;

   c. opposed workplace violence or filed an informal or formal complaint; or

   d. assisted or participated in a workplace violence complaint resolution process or investigation.

2. Adverse action or hostile treatment may include, for example, a significant change in one's status, such as suspension, unsatisfactory or unfair performance evaluation, unfair assignment, firing, failing to promote, reassignment with significantly different responsibility or a decision causing a significant change in benefits, direct or implied threats, coercion, harassment, intimidation, or encouragement of others to retaliate.

3. Retaliation can be filed as a separate complaint or as part of a work place violence complaint and will be investigated accordingly.

4. Persons who commit retaliation in violation of this policy are subject to appropriate disciplinary action in accordance with the appropriate collective bargaining agreement, if applicable.

H. Responsibilities

1. The Office of Human Resources shall:

   a. Develop and maintain, in consultation with campus representatives and the Offices of Student Affairs, Academic Affairs, Legal Affairs, University Relations and Campus Security, the University's non-violence in the workplace policy and procedures.

   b. Assist in the provision and coordination of training and referrals to counseling services.

   c. Advise colleges/campuses regarding the Statewide and University policies on non-violence as it relates to labor relations, workers' compensation, etc.

2. The appropriate campus security departments/programs shall be responsible for maintaining accurate incident reports.

I. Prevention

1. The process of preventing workplace violence involves:

    a. Careful screening of employees, beginning with responsible care at the time of hiring.  The screening process should include a review of the applicant's work and educational history with start and end dates, reference and background checks, and ensuring that the applicant certifies to the accuracy and correctness of his/her application, etc.

    b. A training program which addresses violence and its various manifestations in the workplace.  Employees, including administrators and supervisors, should receive training addressing both proactive and reactive measures to address workplace violence.

    c. Physical security of the facilities such as 1) building access, 2) lighting, 3) access to help systems, and 4) availability and quality of security personnel.

J. Campus Crisis Management Team (CCMT)

1. A senior executive for each campus shall establish a campus crisis management team for the respective campus or program to evaluate and/or address serious and/or significant incidents of workplace violence; and determine and recommend appropriate action.  In addition, the senior executive shall support the State of Hawaiʻi and University of Hawaiʻi policies prohibiting violence in the workplace and support and/or provide training on workplace non-violence.  Finally, the senior executive must promote awareness to enhance the student's, faculty and staff's individual responsibilities for the prevention of workplace violence.

    a. Membership on the CCMT should include those needed to provide immediate assistance to the campus in the event of a workplace violence incident:

        (1) Senior Executive of the campus

        (2) Human Resources representative

        (3) Academic Affairs

        (4) Student Affairs

        (5) Campus Security

        (6) University Relations

K. Post-Incident Management

1. Post-incident management must be addressed.  Good post-incident management can go far in assisting the involved unit and the institution as a whole to return to normalcy.

2. Post-incident management may include post-trauma intervention which may require therapy (e.g., employee counseling), contact with the family or witnesses after the close of the incident, communication with the campus community, witness debriefing, assisting employees with insurance claims, follow-up counseling, dealing with the media, etc.

L. Re-Establishment of Normality

1. After dealing with the post-incident management, the University will endeavor to establish normality as soon as possible, including returning employees to work as soon as possible, making appropriate reassignments as soon as possible, providing continuing support for either individuals and their families, and providing information to bring closure to those directly involved as well as the University community as a whole.

# IV. Delegation of Authority

There is no policy specific delegation of authority.

# V. Contact Information

| Subject Matter Experts | |
|---|---|
| Brenna Hashimoto<br>hbrenna@hawaii.edu<br>956-3950 | Debra Ishii<br>debrai@hawaii.edu<br>956-6855 |

Vice President for Administration Jan Gouveia
956-6405 or jgouveia@hawaii.edu

# VI. References

A. Section 396-6, Hawai'i Revised Statutes

B. Chapter 134, Hawai'i Revised Statutes

C. Federal OSHA 29 U.S.C. 654(a)(1) Act

D. State of Hawai'i Policy on Workplace Non-Violence

E. Collective Bargaining Agreements

F. Campus Student Conduct Codes

G. Link to superseded Executive Policies in old format https://www.hawaii.edu/policy/archives/ep/