# EXHIBIT 6





# BLACK HISTORY MONTH EVENT

**FEB. 23 12PM CR2**

**REFLECTIONS ON A LETTER FROM BIRMINGHAM JAIL**

**LUNCH AND DISCUSSION**

FACILITATED BY:
DINA SHEK
SUSAN SERRANO
MIYOKO PETTIT-TOLEDO
TROY BALLARD

REGISTER BY FOLLOWING THE QR CODE

HOSTED BY:
THE DIVERSITY AND INCLUSION COMMITTEE
THE MEDICAL-LEGAL PARTNERSHIP FOR CHILDREN IN HAWAI'I