# EXHIBIT 8



Kenneth Lawson <kenlawdog@gmail.com>

## Black History Month
20 messages

**Kenneth Lawson** <kenlawdog@gmail.com>  Sat, Feb 18, 2023 at 3:26 PM
To: Camille Nelson <nelsonca@hawaii.edu>
Cc: dshek@hawaii.edu, susanks@hawaii.edu, mtpettit@hawaii.edu, Nicholas Mirkay <namirkay@hawaii.edu>, tynakamu@hawaii.edu

Camille,
    I have copied others on this email. I do not have the email address of Troy Ballard or all of the committee members of the Diversity and Inclusion Committee. Someone be kind enough to forward this email to all members of that group. Thank you, in advance.
    Camille, yesterday you asked me "where do we go from here?" Before I answer that, I would like to bring some context to what I was saying yesterday. My anger comes from my pain and hurt. Camille, you were highly dismissive of the pain that was caused by this racially insensitive act. You kept saying it was a mistake. Like shit happens, and this type of racism is no big deal when directed at Black Americans who were born and raised in this racist country. I'm certain you can also find some educated "Negros" who may agree with you. The "Negro" intellectual who will speak about Black civil rights but only from a distance as these Negros are too afraid to take direct action on the street.
    In any event, Emile and our law student (who I did not know was listening) felt my pain and were moved to tears by the hurt this Law School has caused. To be clear, I am not asking you Dina, Susan, or anyone else involved in this racially insensitive act to recognize or acknowledge my pain, but being dismissive of this racially insensitive act by viewing my protest as overblown is troublesome and is part of the problem at our Law School and here in Hawaii.
    A few years ago the Big Island mayor referred to a Black man as a colored boy. I wrote about that and was blasted for being overly sensitive. A few years ago, an Asian Defendant about to be sentenced to a lengthy prison sentence, showed up in court in blackface. The judge did not stop the proceedings. The defense lawyer did not stop the proceeding. The prosecutor did not stop the proceeding. The sentencing went on as if nothing was wrong. I found out because a reporter called me and said no one at the Law School or in the community will talk about this case. The reporter had just moved here from Vegas and he could not believe this would happen and that no one was willing to go on the record and speak out against it. How could a judge, and attorneys allow it to happen? Neither could I. Even other Black leaders in the community, including the NAACP, did not speak up because they did not want to cause racial rifts in Hawaii. I did the interview condemning what happened and I did an op-ed on it. I was blasted for being too sensitive. Not one person from the Law School said anything. Not one person in the Law School lent support. I am not deterred. Yesterday, I was told I was overreacting. Being too sensitive. "You know they meant no harm". Same thing people kept saying when Big Island Mayor Harry Kim called a grown Black man colored, "old Harry meant no harm...he's a good man." As if good people can't be racist or do racially insensitive things to Black folks.
    Here's something we all know and can agree on- had this been about a presentation on Native Hawaiian civil rights, this Law School would have never thought it okay to have all white facilitators or facilitators that were not Native Hawaiian lead the discussion. If the topic were about Japanese Internment Camps, the Law School would not think of hosting an event where none of the facilitators were Japanese. If we were celebrating Pride Month, would the Law School have non-LGBTQ facilitate the panel and not invite people from that community? Would the Law School put together a panel of facilitators to discuss the Jewish Holocaust and have all non-Jewish facilitators lead the discussion? Of course not, so why did I have to raise the issue for the "woke" to be awakened when it comes to Black Americans and our struggle for civil rights?
    My point yesterday was not to say others have not experienced racism, sexism, or other life challenges. The issue was this specific Black History month event focused on the Black Civil Rights Movement and

King's letter from the Birmingham Jail. So I shared my experience and my family's experience and our total dedication to the Black Civil Rights and Black Power Movements in racist America. I shared, so you and others understand that I have **earned** the right to speak on this specific issue. My roots with the Civil Rights movement and direct action protests go back to 1968 and the Cincinnati Riots after Dr. King was shot and killed. The riots happened three houses away from my grandmother's house in the neighborhood of Avondale. I was five years old, but my family has always been involved in civil rights and the Black Power/Nationalism movements. Although we disagreed with turn-the-other-cheek protests, we stood shoulder-to-shoulder with our Black brothers and sisters to advance our civil rights. Like I said yesterday, Rev Fred Shuttlesworth worked hand-in-hand with Dr. King in civil rights, and it was Rev. Shuttlesworth, who was from Birmingham, and he led the marches with King in Birmingham. See attached picture of the two of them together. Shuttlesworth came to Cincinnati in 1961, and his church was four blocks from my grandmother's house, the same neighborhood where riots took place in 67 and 68.

In another attached image, you will see the slightly older Rev Fred Shuttlesworth and other Black leaders, including myself. The image with Shuttlesworth, myself, and others was where we were announcing the "Brick City Hall Protests" and our list of demands to the city for a change in the way mental health patients are arrested. The next day, we marched with bricks to city hall and demanded change in CPD's policies for arresting the mentally ill. Shuttleworth refused to carry a brick as he thought it would make him look like he supported violence. Most of us carried bricks into City Hall. I have always been a Black activist, making it only natural that areas of practice were civil rights and criminal defense. The mentally ill Black man that was killed was named Lorenzo Collins. I did his civil rights case, which is cited in my CV. The City of Cincinnati implemented a Mental Health and Awareness team for the police force. It still exists today.

For at least two decades, other Black civil rights leaders and I worked with Rev Shuttlesworth and others on protest strategies, civil rights demonstrations, homeless campaigns, and economic boycotts in Cincinnati.

The other photos are from the protests that led to the riots of 2001. In Cincinnati, I represented almost all the 15 Black families who had loved ones killed by the Cincinnati police in a two-year period. In 2001, I represented a mother whose unarmed teenage son was shot and killed by the police. We went to City Hall for a council meeting to get an answer to her question: what did the officer say was his reason for shooting her unarmed son? The Chief of Police and the council refused to answer the question. They were citing an ongoing investigation as their excuse. A civil rights pastor whispered into my ear and asked me whether I wanted him to have the protestors block the chamber doors and lock the city council, chief of police, and mayor into the chambers until they answered my client's question. I told him yes. The civil rights protestors blocked the doors, locking the city council in chambers and keeping the police force from entering. In some of the photos, you will see me at the table sitting next to the mother of the teenager that was killed by the police. In one, you will see me standing up at the same table yelling at the white racist Police Chief. Much of this council meeting is also on youtube. We held them captive in city hall for 3 hours until they answered my client's question. Shortly after we released them, the riots started and lasted for three days. We were shot at by police with rubber bullets, tear-gassed, and maced for three days. Days after the riots ended, with Rev Shuttlesworth and hundreds of other protestors, we left the funeral for the murdered black teenager and we attempted a peaceful march to city hall. We were again shot at with rubber bullets, maced, and tear-gassed. This time by police officers wearing masks and in unmarked cars doing drive-bys. Several children were struck and seriously hurt by the rubber bullets. We filed a class action racial profiling lawsuit, and the systemic change it brought about was historical and is still being used as a model for other cities to follow.

Those are just two of the civil rights demonstrations I was involved in as a lawyer and activist. There were countless others, many of which happened before I became a lawyer. I have spent much of my entire life, from grade school to the present being involved in protests, riots, and economic boycotts. I grew up fighting against racial injustice.

Dr. King did not write his letter from the Birmingham jail from the comfort of his church office. He wrote the letter, in jail, after getting his ass beat by racist police and racist white civilians. He sat in jail with other black folks who were likewise beaten. It was the pain of the struggle and the lack of understanding from moderate liberals that motivated him to write the letter. The white moderates' position on the direct

action protest caused him pain and anger, and he responded by writing the letter. This brings me to the decision made by the Law School's Diversity and Inclusion committee and Medical Legal Partnership to exclude Black civil rights activists and attorneys from facilitating this topic for Black History month. To claim to be so woke but not inviting or seeking to find Black civil rights lawyers to facilitate this discussion is appalling and racist. King responded to the white liberals, who thought they were woke, by writing his letter from the Birmingham jail. I responded to our Law School's liberals in the only way I know how, telling my truth. It's the experience of fearing for your life while engaged in direct action protest, being beaten and locked up that was the catalyst of the letter, not something he read in a book, researched, and wrote a scholarly article about. The risk those of us Black Americans took with our lives and careers to uplift our people were great. Camille, Dina, Susan, Miyoko, and Troy, if you have never been spit on, tear-gassed, beaten (by KKK and the police), and arrested, then perhaps it would have been best to talk to some local Black Civil Rights lawyers or me to see if what you were planning could be viewed by some Black folks as racially insensitive and hurtful.

    Where do we go from here? Not sure. From my perspective, as I alluded to earlier, being the Law School's only Black American-born faculty member and raised in racist America, Robin DiAngelo best describes how I feel whenever I bring up race and my Blackness at the Law School and in Hawaii:

> *In not thinking critically about our racial positions and how they shape our experiences, we don't develop skills for navigating a sensitive conversation. This is especially true if my worldview, assumptions, or behaviors are being questioned. The result: white fragility. And Black people know that most of us can't answer the question of our own whiteness, and that we bring that inability to the table. Thus, they [Blacks] are likely to experience more punishment, not less, if they raise race issues. This is one of the great contradictions of white [and other non-black progressives]. On the one hand, I would never want to say or do anything racially hurtful. But on the other, don't you dare tell me I have said or done something racially hurtful!*

**Robin DiAngelo**, *Nice Racism How Progressive White People Perpetuate Racial Harm* (Beacon Press Boston, 2021).

    Maybe this is why the NAACP, and other Blacks stay so silent on issues affecting Blacks in Hawaii. Anyway, I suspect that those involved in this incident still do not believe their actions were racially insensitive, wrong, and hurtful.

    Camille, you're the Law School Dean. Where do we go from here? As for me and my family, We will always be vocal and willing to fight on the frontlines for justice for Black people.

Kenneth Lawson

5 attachments


shuttlesworth and king.jpg
429K


shuttlesworth (1).jpg
181K