# EXHIBIT 10



Kenneth Lawson <klawson3@hawaii.edu>

## Meeting of Feb. 17 and Proposal for Ground Rules for Future Faculty Meetings
7 messages

**Carole Petersen** <carolep@hawaii.edu>                                                         Tue, Feb 21, 2023 at 8:13 PM
To: LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>
Cc: Linda Krieger <lkrieger@hawaii.edu>, Kapua Sproat <kapuas@hawaii.edu>

Dear Dean Nelson and Associate Dean Mirkay,
I am attaching a memo to you from Professor Linda Krieger, Professor Kapua Sproat and myself, expressing our objections to the behavior of Professor Ken Lawson in the faculty meeting of February 17, 2023. The attached memo also proposes that the faculty consider (at the next regular faculty meeting) adopting Ground Rules for future faculty meetings. We welcome faculty input in the drafting of the proposed Ground Rules. We have cc'd all voting members of the Faculty.
Best wishes,
Carole

*Carole J. Petersen*
*Professor of Law*
*William S. Richardson School of Law*
*University of Hawai'i at Mānoa*
*2515 Dole St., Honolulu Hawai'i 96822*
*Email: carolep@hawaii.edu*

📎 **21 Feb. Memo Proposing Ground Rules for Future Faculty Meetings.pdf**
71K

---

**Kenneth Lawson** <klawson3@hawaii.edu>                                                         Tue, Feb 21, 2023 at 8:47 PM
To: Carole Petersen <carolep@hawaii.edu>
Cc: LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>, Kapua Sproat <kapuas@hawaii.edu>

Let's be clear. I did not call anyone any names. I did say that some of your statements and actions have been defined as Nice Racism. Since you all like scholarship so much I even quoted the name of the scholar that coined the phrase. I did not call anyone names. Come at me all you want, but don't lie.
Ken

[Quoted text hidden]

---

**D. Kapuaʻala Sproat** <kapuas@hawaii.edu>                                                      Wed, Feb 22, 2023 at 7:21 AM
To: Kenneth Lawson <klawson3@hawaii.edu>
Cc: Carole Petersen <carolep@hawaii.edu>, LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>

Aloha mai e Ken,

Three words: Kapu Aloha please. You've been to the Mauna and know all of what that entails and why.

mahalo nui,
kapua

> **D. Kapua Sproat** (she/her/hers)
> *Professor of Law, Ka Huli Ao Center for Excellence in Native Hawaiian Law*
>     *& the Environmental Law Program*
> *Director, Ka Huli Ao*
> *Director, Native Hawaiian Law Clinic*
> *William S. Richardson School of Law*
> *University of Hawai'i at Mānoa*
> *2515 Dole St., Honolulu Hawai'i 96822*
> **P** (808) 956-7489 | **F** (808) 956-5569 | **E** kapuas@hawaii.edu |
>
> Get your copy of *Native Hawaiian Law: A Treatise*
> http://www.kamehamehapublishing.org/nativehawaiianlaw/

[Quoted text hidden]

---

**Kenneth Lawson** <klawson3@hawaii.edu>                                                         Wed, Feb 22, 2023 at 7:31 AM
To: "D. Kapuaʻala Sproat" <kapuas@hawaii.edu>
Cc: Carole Petersen <carolep@hawaii.edu>, LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>

I know what it means when I lend support to the struggle of my Native Hawaiian brothers and sisters. But when it comes to the struggle for Black Civil Rights I learned to speak truth to power. As I said, come at me all you want but don't lie on me and expect me to be silent.
Ken

[Quoted text hidden]

---

**D. Kapuaʻala Sproat** <kapuas@hawaii.edu>                                                      Wed, Feb 22, 2023 at 8:03 AM
To: Kenneth Lawson <klawson3@hawaii.edu>

Cc: Carole Petersen <carolep@hawaii.edu>, LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>

No one is expecting you to be silent Ken.  I am asking you to be civil towards and respectful of our colleagues, to treat others with aloha, especially folks that you may disagree with.  Continue to speak truth to power, but do so with aloha.

ke aloha,
kapua

> **D. Kapua Sproat** (she/her/hers)
> *Professor of Law, Ka Huli Ao Center for Excellence in Native Hawaiian Law*
>     *& the Environmental Law Program*
> *Director, Ka Huli Ao*
> *Director, Native Hawaiian Law Clinic*
> *William S. Richardson School of Law*
> *University of Hawaiʻi at Mānoa*
> *2515 Dole St., Honolulu Hawaiʻi 96822*
> P (808) 956-7489 | F (808) 956-5569 | E kapuas@hawaii.edu |
>
> Get your copy of *Native Hawaiian Law: A Treatise*
> http://www.kamehamehapublishing.org/nativehawaiianlaw/

[Quoted text hidden]

---

**Kenneth Lawson** <klawson3@hawaii.edu>                                                                                                              Wed, Feb 22, 2023 at 12:03 PM
To: Randall Roth <rroth@hawaii.edu>

Here you go.
Ken

## Forwarded Conversation
**Subject: Meeting of Feb. 17 and Proposal for Ground Rules for Future Faculty Meetings**
------------------------

From: **Carole Petersen** <carolep@hawaii.edu>
Date: Tue, Feb 21, 2023 at 8:14 PM
To: <LAW-TTFACLOCUS-L@lists.hawaii.edu>, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>
Cc: Linda Krieger <lkrieger@hawaii.edu>, Kapua Sproat <kapuas@hawaii.edu>

Dear Dean Nelson and Associate Dean Mirkay,
I am attaching a memo to you from Professor Linda Krieger, Professor Kapua Sproat and myself, expressing our objections to the behavior of Professor Ken Lawson in the faculty meeting of February 17, 2023.  The attached memo also proposes that the faculty consider (at the next regular faculty meeting) adopting Ground Rules for future faculty meetings. We welcome faculty input in the drafting of the proposed Ground Rules.  We have cc'd all voting members of the Faculty.
Best wishes,
Carole

*Carole J. Petersen*
*Professor of Law*
*William S. Richardson School of Law*
*University of Hawaiʻi at Mānoa*
*2515 Dole St., Honolulu Hawaiʻi 96822*
*Email: carolep@hawaii.edu*

----------
From: **Kenneth Lawson** <klawson3@hawaii.edu>
Date: Tue, Feb 21, 2023 at 8:47 PM
To: Carole Petersen <carolep@hawaii.edu>
Cc: <LAW-TTFACLOCUS-L@lists.hawaii.edu>, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>, Kapua Sproat <kapuas@hawaii.edu>

Let's be clear. I did not call anyone any names. I did say that some of your statements and actions have been defined as Nice Racism. Since you all like scholarship so much I even quoted the name of the scholar that coined the phrase. I did not call anyone names. Come at me all you want, but don't lie.
Ken

----------
From: **D. Kapuaʻala Sproat** <kapuas@hawaii.edu>
Date: Wed, Feb 22, 2023 at 7:22 AM
To: Kenneth Lawson <klawson3@hawaii.edu>
Cc: Carole Petersen <carolep@hawaii.edu>, <LAW-TTFACLOCUS-L@lists.hawaii.edu>, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>

Aloha mai e Ken,

Three words:  Kapu Aloha please.  You've been to the Mauna and know all of what that entails and why.

mahalo nui,
kapua