# EXHIBIT 11

Date: February 21, 2023

From: Professors Linda Krieger, Kapua Sproat, and Carole Petersen

To: Dean Camille Nelson and Associate Dean Nicholas Mirkay

cc: All Voting Members of the Law School Faculty

Re: A Proposal to Adopt Ground Rules for Faculty Meetings

Dear Camille and Nick,

We write to express our profound regret regarding, and strong objections to, the disrespectful way in which Professor Ken Lawson addressed our Dean and other colleagues during the faculty meeting of February 17, 2023. We fully recognize Ken's right to express his views at faculty meetings. However, Ken also has an obligation to treat our Dean and all colleagues with respect and to refrain from name-calling and other abusive language and behavior that could create a hostile and intimidating work environment.

We believe that the time has come to formally adopt Ground Rules for all meetings in our Law School. We have no desire to stifle academic freedom or vigorous debate, which are hallmarks of a university. However, we believe that Ground Rules are necessary to ensure respectful dialogue and a safe and non-hostile workplace.

We are drafting a set of proposed Ground Rules and welcome faculty input. The goal is to preserve space for respectful debate while also complying with the University's Policy on Workplace Non-Violence, which prohibits abusive and belligerent language (see https://www.hawaii.edu/policy/?action=viewPolicy&policySection=Ep&policyChapter=9&policyNumber=210 ). The proposed Ground Rules will also take into account the University's obligations under state and federal law, including Title VI, Title VII, and Title IX.

We respectfully request that this item be placed on the agenda for the next regular faculty meeting. We will endeavor to circulate a set of proposed Ground Rules in advance of the meeting so that colleagues can consider the content and offer amendments if desired. Ideally, we would be able to vote on the Ground Rules at the meeting.

We also invite other members of the faculty to endorse and join us in this effort.