# EXHIBIT 13



Office of the Provost

February 27, 2023

**SENT VIA EMAIL (PDF FORMAT)**

**PERSONAL AND CONFIDENTIAL**

Kenneth Lawson
PDF Sent via email address:  klawson3@hawaii.edu, kenlawdog@gmail.com

Dear Mr. Lawson:

This letter serves to notify you that several concerns have been raised to the University which alleged that you exhibited unprofessional and inappropriate behavior which may have violated the University's Workplace Non-Violence Policy, Executive Policy EP9.210 and Executive Policy EP 1.202, Nondiscrimination, Equal Opportunity and Affirmative Action Policy.

The concerns raised relate to actions which occurred during a faculty meeting on Friday, February 17, 2023 and in subsequent communications related thereto.  The specific allegations include:
- You engaged in an abusive/hostile verbal attack on the Black History Month event and organizers because they did not invite you or outside Black community members to speak;
- You accused the organizers and other faculty members of engaging in "white fragility" and racism;
- You responded to those who spoke out with derision and vitriol and with your voice raised;
- You swore and yelled at, belittled and berated Camille Nelson, Dean, William S. Richardson School of Law (WSRSL) when she tried to calmly respond to you;
- You questioned Dean Nelson's "black experience" as someone not raised in the United States and referred to her as a nice racist;
- You referred to Carole Petersen, Professor, WSRSL as a "woke liberal", stated that her perspective on the Black History Month discussion was racist, pointed at her and with a raised voice said that this was "exactly what is wrong with the Law School";
- You repeatedly interrupted Dean Nelson when she tried to speak;
- You utilized intimidating gestures, pointed and waved your hands at Dean Nelson, and slammed the desk;
- Both in the meeting and in subsequent emails after the meeting, you utilized words perceived as veiled threats, such as informing meeting attendants, students and staff via a listserv that you were not non-violent, and repeatedly inviting another faculty member who submitted a proposal for ground rules for future faculty meetings to "come at me";

2500 Campus Road, Hawai'i Hall
Honolulu, Hawai'i 96822
Telephone: (808) 956-8447

An Equal Opportunity/Affirmative Action Institution

- Your threatening and belittling words and actions created an unsafe space for discussion and silenced the room;
- You continued to attack Dean Nelson in an email to a listserv distributed to all WSRSL students and faculty and to external parties as well; and
- Your actions in the meeting and subsequent email communications have created a hostile work environment for several of your colleagues.

Based on the information received, and to ensure fairness to all parties in this process, the University has initiated a fact-finding investigation to look into the allegations made. While typically your Dean would serve as the Decision Maker, I understand that she is a witness to the actions being investigated. As such, I have appointed Jonathan Osorio, Dean of Hawaiʻinuiākea School of Hawaiian Knowledge to serve as Decision Maker.

In addition, University appointed fact-finders will be contacting you to schedule a date, time and location for your interview. Your cooperation with the fact-finders is vital to the completion of the investigation. You have a right to Union representation during this process. It is your responsibility to contact your Union should you choose.

Given the nature of the complaint and the impact and disruption it is causing WSRSL operations, I am temporarily reassigning you to work from home for thirty (30) days. As per Article XVIII, B.6. of the Unit 7 collective bargaining agreement, the Chancellor, or in Mānoa's case, the Provost, "may temporarily reassign the Faculty Member, or place the Faculty Member on administrative leave with pay, if the Chancellor believes that the Faculty Member's continuance may disrupt the operations of the University." This reassignment will be effective February 27, 2023 through March 29, 2023. An assessment will be done prior to March 29, 2023 to determine if the reassignment will need to be extended.

Please note that during your reassignment to work from home, the course that you are currently teaching will be moved online. Additionally, you will not be allowed to be at the Law School or on Law School grounds. If there are items that you need from your office, please contact Associate Dean, Nicholas Mirkay to make arrangements to pick up such items. You may still access the campus' public facilities. Arrangements have been made to reassign your parking to Zone 13. You may switch your parking permit at the Parking Office in the basement of the Queen Liliʻuoukalani Center.

Additionally, you will not be allowed to send out any email communications utilizing WSRSL's listservs without prior approval.

Further, please be aware of the following:

**No Contact:** You are not to have any type or form of contact with Camille Nelson, Dean, WSRSL; Carole Petersen, Professor, WSRSL; Susan Serrano, Professor, WSRSL; Dina Shek, Specialist, WSRSL; Dana Kapua Sproat; Professor, WSRSL; Miyoko Pettit-Toledo, Assistant Professor, WSRSL; and Troy Ballard, Post-JD, WSRSL. This includes all forms of communication, including: in person, by telephone, e-mail, or text message; contact or reference on social media or other electronic means of communication; and contact through a third party, such as a friend, family member, co-worker, classmate, faculty, staff, or other. Please work with Nicholas Mirkay,

Associate Dean, for any matters that would normally require Dean's review, approval, or consultation.

**No Retaliation Policy:** University policy and state and federal law prohibit retaliation. Retaliation is defined as adverse treatment, intimidation, threats, coercion, or discrimination against an individual because they made an informal or formal complaint, served as a witness, or participated in any manner in an investigation. Charges of retaliation may be investigated separately and, if deemed true, disciplinary action, up to and including discharge may occur.

**Confidentiality:** The identity of individuals involved in this investigation should not be publicly disclosed or discussed with parties without a legitimate need to know. Undue public disclosure about those individuals may rise to the level of prohibited retaliation. Materials collected during the course of the investigation are confidential; however, they may be disclosed to appropriate administrators involved in the complaint process. Materials in the investigation file may also be disclosed if required by law, rule, regulation, or by order of a court of competent jurisdiction or arbitrator selected under a collective bargaining agreement.

Sincerely,

*Michael Bruno*

Michael Bruno
Provost

CC:   Christian Fern, Executive Director, UHPA