# EXHIBIT 14



Office of the Provost

March 28, 2023

**SENT VIA EMAIL (PDF FORMAT)**

**PERSONAL AND CONFIDENTIAL**

Kenneth Lawson
PDF Sent via email address:  klawson3@hawaii.edu,  kenlawdog@gmail.com

Dear Mr. Lawson:

In my letter dated to you on February 27, 2023, I informed you that the University initiated a fact-finding investigation to look into concerns regarding possible violations of the University's Executive Policy EP 9.210, Workplace Non-Violence Policy and Executive Policy EP 1.202, Nondiscrimination, Equal Opportunity and Affirmative Action Policy.

I received the letter from your legal counsel informing the University that he will be representing you in this investigation.  One of our attorneys from the University General Counsel will be responding to him directly.

Additional Allegations
This letter is to inform you that the concerns received also include actions that may have violated Executive Policy EP 1.204, Sex and Gender Based Misconduct Policy. Specific allegations include, but are not limited to the following:

- Your verbal attack in the February 17 meeting was perceived as "misogynistic" and targeted towards your female colleagues;
- While you were speaking, you were "staring down" only female colleagues;
- You attacked a female colleague when she tried to provide a different perspective;
- Your actions towards your female Dean in the meeting and in subsequent communications were unlike communications you had with the prior male Dean; and
- You quickly reacted and attacked your female colleagues when they requested the establishment of ground rules in faculty conversations, but when your male colleagues spoke out against your actions in the meeting, you did not respond.

In fairness to all parties involved, the fact-finders will be looking into the above allegations as well.

Administrative Procedures, AP 1.202, Discrimination Complaint Procedure for

2500 Campus Road, Hawai'i Hall
Honolulu, Hawai'i 96822
Telephone: (808) 956-8447

An Equal Opportunity/Affirmative Action Institution

Students, Employees, and Applicants for Admission or Employment allows you to submit a written response to the allegations under investigation.  Should you choose to submit a written response at this time, please provide it to the find-finders within ten (10) business days.  The University appointed fact-finders for this investigation are Ms. Maura Okamoto, Investigator, Equity Assurance Office, and Mr. Daniel Sato, Administrative Officer, College of Art, Languages & Letters.  As mentioned in my previous letter, the abovementioned fact-finders will also be contacting you for a meeting to provide you with an opportunity to respond to these allegations.

Reassignment to Work from Home
My February 27th letter to you also informed you of your reassignment to work from home for thirty (30) days.  Since the investigation is ongoing, your reassignment to work from home has been extended for an additional thirty (30) days, effective March 30, 2023 through April 29, 2023.   It is my understanding that the University is looking at exploring processes, tools and mechanisms to allow you to return to the Law School Campus.  This action is being taken pursuant to Articles XVIII, B. 6. of the Agreement between the University of Hawaiʻi Professional Assembly and the Board of Regents of the University of Hawaiʻi.


Sincerely,

*Michael Bruno*

Michael Bruno
Provost

CC:    Christian Fern, Executive Director, UHPA