# EXHIBIT 20

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA  [X] EEOC

CHARGE NUMBER:

Hawaii Civil Rights Commission and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Kenneth L. Lawson
**HOME TELEPHONE** (Include Area Code): (808) 542-7978
**STREET ADDRESS**: 3362 Loulu St.
**CITY, STATE AND ZIP CODE**: Honolulu, HI 96822
**DATE OF BIRTH**: 04-19-1963

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one list below.)

**NAME**: State of Hawaii, University of Hawaii at Manoa, William S. Richardson School of Law
**NUMBER OF EMPLOYEES, MEMBERS**: 100+
**TELEPHONE** (Include Area Code): (808) 956-7966
**STREET ADDRESS**: 2515 Dole St.
**CITY, STATE AND ZIP CODE**: Honolulu, HI 96822
**COUNTY**: Oahu

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN / ANCESTRY
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [X] OTHER

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 
LATEST: 1/10/23
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed attach extra sheet(s)):

I believe I was discriminated on January 10, 2023, based on my Race (Black), Color (dark brown skin tone), Ancestry/National Origin (African American/Foundational Black American), Disability (addiction to alcohol/drugs), and Arrest and Court Record, when I was denied a merit, equity, and market salary adjustment. These are violations of Hawai`i Revised Statutes, Chapter 378, Part I. My allegations of discrimination are based on the following:

A. I am a Black man with dark brown skin tone, of African American/Foundational Black American descent, convicted felon (2009 drug related crime arising out of addiction to pain killers), and disbarred attorney, with a disability (addiction to alcohol/drugs).

B. I have been sober since 2007.

C. I successfully completed a certified alcohol/drug rehabilitation program in 2010, and since then have attended Alcoholics Anonymous meetings. Currently I am an active and sober member of AA.

D. In 2010 I was employed by State of Hawaii, University of Hawaii at Manoa, William S. Richardson School of Law (Respondent) as the Office Manager for the Hawaii Innocence Project (HIP).

E. In November 2012 I became a Specialist Faculty member (S Faculty), non-tenure track, and began teaching criminal law, criminal procedure, evidence, and professional responsibility, referred to as "bar courses", i.e. subjects on the Hawaii State bar exam.

F. In 2012, in addition to becoming a S Faculty member, I was promoted from HIP Office Manager to HIP Associate Director.

[X] I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary for State & local requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

I declare under penalty of perjury that the following is true and correct
Kenneth L. Lawson 4-19-2023

**SIGNATURE OF COMPLAINANT**: April 19, 1963

Date: Apr 19, 2023
Charging Party (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5    DATE FILED:    plc    :ME

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA<br>☒ EEOC | |

Hawaii Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional space is needed attach extra sheet(s):*

G. In order to qualify for the HIP Associate Director, S Faculty position I was required to demonstrate: a promise of excellence in 1) teaching; 2) scholarship; and 3) service.

H. From 2013-2015 I taught 4 bar courses, published a law review article (2015), and engaged in service activities in the community.

I. In 2014 I was selected by the student body to give the commencement speech. I was the only S Faculty member selected twice to give the commencement speech (2014 and 2018).

J. Since 2015 I have obtained approximately 1.5 million in grants for the HIP, law school, and University of Hawaii.

K. In June 2015 I was promoted to Interim HIP Co-Director, when the founder of the program, a J Faculty member (law professor category), retired.

L. A national search was conducted for the HIP Co-Director position and I was required to reapply.

M. In 2016 I was selected for the HIP Co-Director position after demonstrating I met the following S Faulty member requirements: a promise of excellence in 1) teaching; 2) scholarship; and 3) service.

N. In 2017 I was awarded the Board of Regents' Teaching Medal of Excellence.

O. Sometime between 2017 and 2019 my position as HIP Co-Director and S Faculty member became a tenure track position.

P. In June 2019, I was tenured and promoted from a S Faculty member IV to a V, and received a one-time salary increase from approximately $113,000.00/yr to $127,000/yr.

Q. I was unanimously recommended for tenure by the law school and campus-wide tenure review committees.

R. In June 2020 I filed a grievance with the Union against Respondent.

S. In May 2022 the grievance was resolved.

T. My current salary is $151,000/yr.

U. On August 5, 2022, I submitted a University of Hawaii Special Salary Adjustment Request Form (SSA), Self-Applied, for a merit, equity, and market raise in the amount of $45,000.

V. A majority of the faculty who reviewed and commented on my SSA request, recommended approval.

W. My request was "not recommended" by Camille A. Nelson, Dean of the William S. Richardson Law School (Black, Jamaican, dark brown skin tone); Laura Lyons, Acting UH Vice Provost for Academic Excellence (White, white skin tone); and Michael Bruno, UH Provost (White, white skin tone); and denied by David Lassner, UH President (White, white skin tone).

X. I am the only Black male professor at the law school.

Y. In the history of the law school, no faculty supported request for an equity pay raise has ever been denied.

Z. I believe my request for a special salary adjustment was not approved because I am a Black man with dark brown skin tone, of African American/Foundational Black American descent, and convicted felon with a disability (addiction to alcohol/drugs).

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State & local requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the following is true and correct | SIGNATURE OF COMPLAINANT |
| Kenneth L. Lawson 4-19-2023<br>*Kenneth Lawson*<br>Date — Apr 19, 2023 — Charging Party *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5     DATE FILED:     plc  :ME