# EXHIBIT 21



UNIVERSITY of HAWAI'I SYSTEM

Kenneth Lawson <klawson3@hawaii.edu>

## Re: Meeting of Feb. 17 and Proposal for Ground Rules
6 messages

**Charles Booth** <cbooth@hawaii.edu>                                                                                           Thu, Feb 23, 2023 at 8:38 PM
To: Sproat Kapua <kapuas@hawaii.edu>
Cc: Kenneth Lawson <klawson3@hawaii.edu>, Carole Petersen <carolep@hawaii.edu>, LAW-TTFACLOCUS-L@lists.hawaii.edu, Camille Nelson <nelsonca@hawaii.edu>, Nicholas Mirkay <namirkay@hawaii.edu>, Trisha Nakamura <tynakamu@hawaii.edu>, Linda Krieger <lkrieger@hawaii.edu>

Dear Colleagues,

I agree with Kapua's email of yesterday. But I am writing separately because I believe that it is appropriate for additional members of the Faculty – particularly senior members with tenure – to record their objections to the manner in which Ken expressed his views on February 17. We need to reassure our Dean and colleagues that they will be able to work in a safe and collegial environment. Otherwise, new colleagues – and those who are contemplating offers to join our Law School – may justifiably wonder: Is this the way that the Law School settles disagreements?

Frankly, I was too stunned to speak on February 17. In 38 years of teaching, I had never witnessed such behavior at a faculty meeting. I was truly impressed by our Dean, who did her utmost to calm the situation and to gradually bring the discussion back to our scheduled agenda. Indeed, our Dean performed admirably in a very difficult situation and we owe her our gratitude.

I have also reviewed the memo that Susan and Dina subsequently circulated, explaining how the February 23 event was conceptualized. Having read it, I suggest that the proposed Ground Rules should extend beyond meetings and include a procedure for expressing one's comments on Law School events. If one has concerns regarding an advertised event, the first step should be to approach the organizers in a collegial manner. In this case, the poster for the February 23 event was circulated by email on February 10; Ken had plenty of time to express his concerns in a respectful manner and propose changes. Had he done so, I am confident that the organizers would have made a genuine effort to respond and perhaps modify the event. Instead, Ken waited until our February 17 hiring meeting, where he surprised everyone with his diatribe. I hope that we can learn from this experience and find more productive ways of managing our differences.

Best regards,

Charlie


> On Feb 22, 2023, at 8:03 AM, D. Kapua'ala Sproat <kapuas@hawaii.edu> wrote:
>
> No one is expecting you to be silent Ken. I am asking you to be civil towards and respectful of our colleagues, to treat others with aloha, especially folks that you may disagree with. Continue to speak truth to power, but do so with aloha.
>
> ke aloha,
> kapua
>
>> **D. Kapua Sproat** (she/her/hers)
>> *Professor of Law, Ka Huli Ao Center for Excellence in Native Hawaiian Law*
>>     *& the Environmental Law Program*
>> *Director, Ka Huli Ao*
>> *Director, Native Hawaiian Law Clinic*
>> *William S. Richardson School of Law*
>> *University of Hawai'i at Mānoa*
>> *2515 Dole St., Honolulu Hawai'i 96822*
>> **P** (808) 956-7489 | **F** (808) 956-5569 | **E** kapuas@hawaii.edu |
>>
>> Get your copy of *Native Hawaiian Law: A Treatise*
>> http://www.kamehamehapublishing.org/nativehawaiianlaw/
>
>
> On Wed, Feb 22, 2023 at 7:32 AM Kenneth Lawson <klawson3@hawaii.edu> wrote:
>> I know what it means when I lend support to the struggle of my Native Hawaiian brothers and sisters. But when it comes to the struggle for Black Civil Rights I learned to speak truth to power. As I said, come at me all you want but don't lie on me and expect me to be silent.
>> Ken
>>
>> On Wed, Feb 22, 2023 at 7:22 AM D. Kapua'ala Sproat <kapuas@hawaii.edu> wrote:
>>> Aloha mai e Ken,
>>>
>>> Three words: Kapu Aloha please. You've been to the Mauna and know all of what that entails and why.
>>>
>>> mahalo nui,
>>> kapua
>>>
>>>> **D. Kapua Sproat** (she/her/hers)
>>>> *Professor of Law, Ka Huli Ao Center for Excellence in Native Hawaiian Law*
>>>>     *& the Environmental Law Program*
>>>> *Director, Ka Huli Ao*
>>>> *Director, Native Hawaiian Law Clinic*
>>>> *William S. Richardson School of Law*
>>>> *University of Hawai'i at Mānoa*
>>>> *2515 Dole St., Honolulu Hawai'i 96822*
>>>> **P** (808) 956-7489 | **F** (808) 956-5569 | **E** kapuas@hawaii.edu |
>>>>
>>>> Get your copy of *Native Hawaiian Law: A Treatise*
>>>> http://www.kamehamehapublishing.org/nativehawaiianlaw/
>>>
>>>
>>> On Tue, Feb 21, 2023 at 8:48 PM Kenneth Lawson <klawson3@hawaii.edu> wrote:
>>>> Let's be clear. I did not call anyone any names. I did say that some of your statements and actions have been defined as Nice Racism. Since you all like scholarship so much I even quoted the name of the scholar that coined the phrase. I did not call anyone names. Come at me all you want, but don't lie.
>>>> Ken