# EXHIBIT 22

# HARRISON & MATSUOKA

*Attorneys at Law*

William A. Harrison
    E-mail: wharrison@hamlaw.net
Keith A. Matsuoka
    E-mail: kmatsuoka@hamlaw.net

1001 Bishop Street, Suite 1180
Honolulu, Hawaii 96813
Telephone:  (808) 523-7041
Facsimile:  (808) 538-7579
Web:  www.hamlaw.net

March 6, 2023

*VIA: Email Delivery*

Michael Bruno, Provost
mbruno@hawaii.edu

Dean Jon Osorio
osorio@hawaii.edu

Dear Provost Bruno and Dean Osorio:

Please be advised that I will be representing Ken Lawson in the upcoming investigation of alleged misconduct. Before putting on my counsel hat, however, I want to explain why I believe this matter is of personal importance to me.

I am a proud graduate of the WSRSL who recognizes and appreciates its importance to the people of Hawaii, including the dramatically positive impact it has had on my own life and career. I have tried my best to give back in ways best suited to my circumstances. For example, I am a founding member of the Hawaii Innocence Project and have contributed thousands of hours of my legal services representing its clients. I was a former WSRSL Bencher, Inns of Court IV, Hawaii and in that capacity sought to train future WSRSL litigators. I also served on an HSBA committee that worked with Dean Nelson and the WSRSL faculty to improve bar passage rates for WSRSL graduates. In short, I have nothing but aloha for WSRSL and want it to prosper.

I have worked closely with Ken Lawson since he joined HIP in 2010, and particularly since he replaced Professor Hench as HIP director. In addition



Michael Bruno, Provost
Dean Jon Osorio
March 6, 2023
2 | Page

to working with Ken in my capacity as pro bono counsel for HIP clients, I have regularly participated in Ken's HIP sessions with students, and occasionally in other courses or programs. Along the way I have gotten to know Ken to be not just a skilled advocate and effective teacher, but an exceptionally caring and generous individual. In short, I consider Ken both uniquely valuable to WSRSL and a truly good person.

As his counsel, I would humbly request that we jointly pursue an amicable way to seek healing and closure for all parties to this matter as soon as possible. As you may know, Ken, over the last few days has done a great deal of soul-searching by working with his AA sponsor and renewing of his AA program steps, including regular in-person meetings, which stopped almost three years ago because COVID. I know he is viewing his actions and the actions of others differently now than he was just a week ago, and I sincerely believe Dean Nelson and other named parties will also view the situation differently if they willingly participate in an effort to understand each other better and to strive to do what is best for WSRSL. I say this after having reviewed the Notice of Charges and evidence available to Ken, including statements from supportive faculty members who were at the meeting in question, though not vocal at the time. That said, it is not my intent in this letter to argue the merits of the allegations. Instead, my goal is simply to inform you that I will be representing Ken, and that I believe a win-win amicable resolution is not just possible but highly likely if we can get past the acrimony and move instead towards a process of healing.

I look at WSRSL much like a family that could benefit from such a restorative process through ho`oponopono. That is truly my objective in this matter.

Sincerely,

*[signature: William A. Harrison]*

William A. Harrison
Cc: Prof. Ken Lawson