# EXHIBIT 24

# HARRISON & MATSUOKA
*Attorneys at Law*

William A. Harrison
   E-mail: wharrison@hamlaw.net
Keith A. Matsuoka
   E-mail: kmatsuoka@hamlaw.net

1001 Bishop Street, Suite 1180
Honolulu, Hawaii  96813
Telephone:  (808) 523-7041
Facsimile:  (808) 538-7579
Web:  www.hamlaw.net

July 10, 2023

*VIA: Email Delivery*

Michael Bruno, Provost
mbruno@hawaii.edu

Dean Jon Osorio
osorio@hawaii.edu

Dear Provost Bruno and Dean Osorio:

It has been several months since this investigation began, and Kenneth Lawson has been banned from campus, using the listserv and assigned to work from home and teach his classes online. As I stated in my March 6, 2023, letter to you, we sincerely desire to mediate the allegations of a hostile work environment and the later claim of misogyny. The letter from FIRE summarizes our legal position, so I will not reiterate here, but I attach it to this email for convenience. I have also attached selections from our draft complaint and request for a preliminary injunction that we intend to file immediately if Professor Lawson cannot return to work on campus this month. The partial complaint and the law as outlined by the FIRE letter attached, sets forth our position on this matter.

It never made sense to ban Ken Lawson from setting foot on law school premises, communicating with certain faculty colleagues, or forbidding his use of the law school listserv. Yet all this was done, and then extended repeatedly.



Michael Bruno, Provost
Dean Jon Osorio
July 10, 2023
2 | Page

Does the law school not understand the predictably negative impact it has had, not just on Ken, but on the students in his classes, clinics, and organizations he advises—plus, (and most importantly to me) the many clients (and potential clients) of the clinics he directs. Surely you understand that those clinics are not just pretend law firms. They are just as real as any downtown law firm, with ethical and legal duties owned to each and every client. I know from personal experience that the students in those clinics tend to be exceptionally intelligent and highly motivated, but there is a glaring need for on-sight supervision, not to mention the handling of confidential client information and documents. The staff person Dean Nelson assigned to these clinics cannot gather and deliver confidential documents to Ken, or even open mail from clients, because of conflicts related to her former employment with the Attorney General's office. Thus, for ethical reasons, Professor Lawson has kept her from being able to see client confidential files. Ken's associate-director has been working remotely since the pandemic and her current living circumstances on the North Shore and lack of transportation prevent her physical presence most days of the week. Prior to his banishment, Ken worked six days a week at the clinic building because it is a law firm.

I am still shaking my head at the insensitivity of the law school. They planned a Black History Month event about the Black civil rights movement in America, but they did not invite any Black civil right activists to sit on the panel. This led to Ken's banishment, which was completely unjustified. He was only expressing his anger at their disregard.

As our draft complaint points out, that is comparable to planning an event on native Hawaiian activism without including a single native Hawaiian activist; a program on the Jewish experience in America without a single Jewish person; or on the experience of AJAs in Hawaii without a single AJA from Hawaii, or anywhere else. Indeed, Ken's anger surprised no one who gave it a moment's thought.

Michael Bruno, Provost
Dean Jon Osorio
July 10, 2023
3 | Page

Surely you understand why various faculty members apologized to him during *and* after the meeting. If so, you see why this banishment makes no sense unless it is a product of retaliation and is intended to chill Ken's free-speech rights. I find it ironic that just a few short years ago, Professor John Learned, speaking about the 30-meter telescope on Mauna Kea made the news when he made racist comments about Native Hawaiians in a talk he was giving. Some UH employees and faculty interrupted his talk, called him a racist, said his opinions were racist, and interrupted him while he was talking. The UH employees were not disciplined for saying those things about the racism Learned was spewing. The faculty members and employees were not accused of name-calling or chastised for interrupting him or directly yelling at him, saying he was being racist and that what he was saying was racist. President Lassner later apologized to the public for the racist remarks, and so did Learned.

All of that aside, Ken is my client and friend, but I am also a proud Richardson graduate who has provided many hours of pro bono time working with clients of the clinics Ken directs. In short, I care deeply about both sides of this controversy. But if it cannot be resolved soon, regrettably this matter will end up in court. And at the least, I am equally confident others will recognize that the banishment chilled Ken's free-speech rights. I have highlighted chilled speech and banned speech because it is the reason FIRE is directly involved in this case. As you may know, FIRE is currently involved in numerous other free speech cases across the nation, including the latest two free speech Supreme Court decisions decided in the last few weeks. For what it is worth, FIRE considers Ken's banishment for political speech directly related to planning a Black History Month event that excluded any Blacks, as a perfect case for attracting public attention and pursuing legal action to the highest level possible. As noted I have attached FIRE's letter from April 18, 2023, to this email for your quick reference. FIRE's interest is in ensuring Universities do not set precedents which limit faculty members rights to free speech.

Michael Bruno, Provost
Dean Jon Osorio
July 10, 2023
4 | Page

I am not interested in litigating a lawsuit that can only bring negative attention to our Law School, so I pray we can resolve these issues.

However, this present situation cannot continue. A dam of sorts is ready to burst. Please respond by the end of the business day, July 14, 2023, and let me know if Ken can return to work on campus next week while we consider moving forward on a plan to mediate the matter as the University's counsel and I discussed this past April.

Sincerely,

*William A. Harrison*

William A. Harrison
Cc: Dean Camille Nelson
    Prof. Ken Lawson