# EXHIBIT 27



Office of the Vice President for Legal Affairs
and University General Counsel

July 28, 2023

Mr. William Harrison
Harrison & Matsuoka, AAL
1001 Bishop Street, Suite 1180
Honolulu, Hawaii 96813

Dear Mr. Harrison:

I have been advised that the University appointed investigators, Ann Marie Puglisi and Daniel Sato, would like to schedule an interview with Mr. Lawson on either August 8 or 9. Please advise if you and Mr. Lawson are available on these dates. If you are not, please provide alternate dates/times that would work for your schedules.

Additionally, the University has secured an office space for Mr. Lawson to use to work on HIP and Beyond Guilt matters. The temporary office space is in the Biomed building and it should be large enough to use for the HIP and Beyond Guilt clinics. Unfortunately, we were unable to locate classrooms on upper campus large enough to accommodate the Criminal Procedure and Evidence classes, so those classes will need to remain on-line. It will take up to a couple of weeks to get the office space ready, in the meantime, if Mr. Lawson needs to access the HIP/Beyond Guilt Clinic files, he may contact Associate Dean Mirkay to arrange for a date and time to access the Law Clinic Building. At that time he may also identify for Associate Dean Mirkay what files will need to be moved to the temporary office space in the Biomed building.

With respect to mediation, ho'oponopono may be considered in the future, however, at this time we are proposing a session with only the attorneys involved.

Please feel free to call me if you have any questions or would like to discuss further.

Very Truly Yours,

Shelton G.W. Jim On
Association General Counsel

2444 Dole Street, Bachman Hall 110
Honolulu, Hawai'i 96822
Telephone: (808) 956-2211   Fax: (808) 956-2109
An Equal Opportunity/Affirmative Action Institution