# EXHIBIT 28

# HARRISON & MATSUOKA

*Attorneys at Law*

William A. Harrison
   E-mail: wharrison@hamlaw.net
Keith A. Matsuoka
   E-mail: kmatsuoka@hamlaw.net

1001 Bishop Street, Suite 1180
Honolulu, Hawaii 96813
Telephone:  (808) 523-7041
Facsimile:  (808) 538-7579
Web:  www.hamlaw.net

August 17, 2023

*VIA: Email Delivery-jimon@hawaii.edu*

Shelton G.W. Jim On, Esq.
University of Hawaii
Bachman Hall 110
2444 Dole Street
Honolulu, Hawaii 96822

Dear Shelton,

I write this letter as one final attempt to resolve this matter short of court intervention. Despite some recent developments that I discuss below, Ken and I care about the Law School, and we genuinely do not want to file suit unless and until we are confident that we have considered every possible avenue to resolve this matter before litigation.

## Conflict of Interest

This morning, I became aware of information that shows Dean Osorio has a conflict of interest and should be replaced with a neutral decision-maker pursuant to AP1.202 II F. "*Decision Maker* means an impartial individual(s) who has decision-making and sanctioning authority within the University's investigation process."

For the last two years, Provost Bruno, Dean Nelson, and Dean Osorio have been testifying at the State legislature requesting funding for HB 2015 HD1 establishing Ho`okaulike, a Criminal Legal System Institute for Restoration and Healing ("the Institute") at the University of Hawai`i. I have their



Shelton G.W. Jim On, Esq.
August 17, 2023
2 | P a g e

written testimony which I have attached to this email. There are also YouTube videos of them giving live testimony. Many of the Institute's objectives overlap with the Beyond Guilt Legal Clinic that Ken founded a couple of years ago and the Law Faculty subsequently approved as a permanent Clinic. Provost Bruno, Dean Osorio, and Dean Nelson have been seeking funding from the State Legislature to get the Institute funded and placed at the Law School where it would compete with the Beyond Guilt Clinic (and Potentially the Innocence Project) for space and other limited resources. Dean Osorio would benefit from seeing Ken removed from the Law School as this would create the space needed for The Institute which he, Provost Bruno, and Dean Nelson support. Because space is limited at the Law School Clinic Building, removing Ken creates space for The Institute. The Bill has not passed in the last two years, but your clients still support and push it. This past February 2023, Osorio testified that: "This institute belongs at UH Mānoa and especially at the School of Law, Hawai`inuiākea and the Thompson School, all of which have demonstrated a history of developing highly effective and community-engaged institutes of research and community engagement *such as Ka Huli Ao Center for Excellence in Native Hawaiian Law*" (emphasis added). Kapua Sproat and Susan Serrano (listed on the Notice of Investigation with Dean Nelson) direct the program that Osorio seeks to work with if the Institute is placed at the Law School. Nowhere in their testimony before the Hawai`i State Legislature does Osorio mention working with the Hawai`i Innocence Project or Beyond Guilt legal clinics, both of which deal with racial justice issues surrounding the incarceration of Native Hawaiians and people of color in the justice system.

It's even more concerning how the three, Bruno, Osorio, and Nelson, were working together in February to get the Institute funded by the legislature, and while they were testifying at the State House, Ken was forced to file a grievance against Dean Nelson and Provost Bruno for race discrimination and breach of his settlement agreement for denying him an equity and merit raise. It's even more troubling to realize while Bruno, Osorio, and Nelson were testifying at the State Legislature requesting funding for an institute that would overlap in many areas with the Beyond Guilt Clinic.

Shelton G.W. Jim On, Esq.
August 17, 2023
3 | Page

Ken was forced to file a charge of racial discrimination with the Hawai`i Civil Rights Commission against both Bruno and Nelson for racial discrimination. A few days later, Ken called for a Boycott of the racist February Black History event. Days later, he was accused of creating a hostile work environment and misogyny and sent a Notice of Investigation by Bruno, with Nelson, Ka Huli Ao Center Directors Susan Serrano, and Kapua Sproat being listed as complainants or people that Ken was to have no contact with. The Notice appointed Dean Osorio as the "neutral decision maker. " This "process" reeks of fundamental unfairness, lacks due process and could be viewed, using a reasonable person standard, as a setup to get rid of Ken and redeploy space and other resources from Ken's clinics to the one being championed by Osorio and others. Especially when you consider the following:

- Bruno and Nelson are subjects of Ken's racial discrimination and breach of settlement agreement claims filed in February, just days before Bruno appointed Osorio to be the Decision Maker.
- This investigation has dragged on for over six months, with no end in sight. In fact, the investigators told us just this week that "it's going to take some time to wrap this up." In the meantime, Ken has been forced to teach online.
- Ken's speech has been chilled and restricted since February 27, 2023. He can only use the Law School's announcement listserv if his speech or announcements are pre-approved. This restriction does not apply to any other faculty member and is a clear violation of free speech.
- Ken has been denied the right to work in the Clinic on weekends and during evening and early morning hours when none of the complainants would be on the Law School campus.
- Ken had been denied the right to teach in person, even when he was willing to have a security guard or Dean Mirkay meet him at the Law School property line and escort him to and from class, eliminating any fear that he would cause any of the complainants' harm.

Shelton G.W. Jim On, Esq.
August 17, 2023
4 | Page

- UH promised over two weeks ago to accommodate Ken with an office on campus so Ken can work on clinic cases with students. There has been no movement on this "alleged" new office.
- Related to Osorio's conflicts, Dean Nelson did not deposit grant checks from the Hawai`i Justice Foundation for months designated to the Hawai`i Innocence Project, ,in the UHF account. The clients and students depend on this money. Bob LeClair informed Ken that, as a result, the grant funds are no longer available.
- Also related to the Osorio conflict, The Beyond Guilt Legal Clinic has been removed from the Law School's website. It was up and running until recently. It seems to have been removed after Dean Nelson was made aware that the Clinic applied for a 1.5 million dollar federal grant, and the application is pending. When the grant investigators seek to confirm information, they will not see a Beyond Guilt Clinic associated with the Law School.

Again, I just became aware of these conflicts. This is beyond anything I've ever experienced concerning a fair investigative process in the workplace by a private or state employer. I was shocked to have discovered the severe conflicts that Bruno, Osorio, and Nelson all have against Ken, and now it's clear why UH has been unreasonable in all of our accommodation requests. It now appears that this process is being used as a pretext to punish and get rid of Ken and his clinics. Please let us know if the UH Board of Regents' or President Lassner will appoint a neutral decision-maker in this matter, as we request that Osorio be removed, and a neutral decision-maker be selected in his place.

## Mediation

Secondly, in my last letter, I told you I would get back to you on the issue of mediation or court intervention. We are still more interested in mediating these matters and healing relationships than filing a lawsuit. We don't want to have this play out in the media. No one wins, and a lawsuit hurts the Law School, the students, Ken, and the faculty. As a Black lawyer,

Shelton G.W. Jim On, Esq.
August 17, 2023
5 | P a g e

I hate the thought of filing a lawsuit against our Law School's first Black female Dean. With that in mind, and with Ken's consent (since he's pro-se on his breach of settlement agreement matter), I would like to reach out to retired Judge Sandra Simms, in confidence, to see if she would be comfortable mediating the issue of Ken's discrimination and breach of settlement agreement claim. As you are probably aware, Judge Simms has served a mediator with DPR.

Moreover, being a Black woman, Mediator/Judge Simms could navigate these complex racial issues and alleged misogyny issues to resolve this matter in a way that all parties can live with. I believe if you present our offer to your client, Dean Nelson, she would agree that Judge Simms would be the ideal person to mediate these issues because Dean Nelson knows that Judge Simms strongly supports her. Please run this offer by Dean Nelson and let us know if this would be an acceptable way to deal with her complaint against Ken and Ken's complaint against her for the breach of the settlement agreement.

Finally, we have two requests/demands: 1) We request/demand that any mediation (even if your clients decline using Judge Simms) to resolve this matter occur BEFORE a decision maker decides this case. UH Policy, AP1.202, allows resolution of complaints without a finding. 2) Your clients replace Dean Osorio as the decision-maker. Because of the conflicts mentioned above and our concern that this investigation is pretextual, both of our requests have to be agreed to by your clients. The Law Faculty are back on duty so we would appreciate your client's response on or before Monday, August 21, 2023.

Mahalo,

*William A. Harrison* (signature)

William A. Harrison
Attach.
Cc. Prof. Ken Lawson