# EXHIBIT 29

                                                                    Kenneth Lawson <kenlawdog@gmail.com>

## Ken Lawson
5 messages

---

**William Harrison** <wharrison@hamlaw.net>                                              Thu, Aug 17, 2023 at 10:09 AM
To: Shelton Jim On <jimon@hawaii.edu>
Cc: Kenneth Lawson <kenlawdog@gmail.com>

Aloha Shelton, please see attached letter. Mahalo!



1001 Bishop Street, Suite 1180 • Honolulu, Hawaii 96813 • t (808) 523-7041 • f (808) 538-7579 • www.hamlaw.net • Bio



---

The information in this communication is from HARRISON & MATSUOKA and is protected by the attorney/client and/or attorney/work product privilege. This email and all attachments are confidential and privileged. It is intended only for the recipient(s) named above, and the privileges are not waived by being sent via electronic mail. If the person receiving this communication or any other reader of this communication is not a named recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited.

📎 **8.17.23.Jim On Letter.w.Encl.pdf**
    1722K

---

**William Harrison** <wharrison@hamlaw.net>                                              Thu, Aug 17, 2023 at 11:41 AM
To: Kenneth Lawson <kenlawdog@gmail.com>

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Shelton Jim On <jimon@hawaii.edu>
**Sent:** Thursday, August 17, 2023 10:43:27 AM
**To:** William Harrison <wharrison@hamlaw.net>
**Cc:** Susan Ramelb <ogcpara1@hawaii.edu>
**Subject:** Re: Ken Lawson

Bill:
  Thank you for your letter. Because of the start of school activities and the recent return of staff and administrators, we cannot respond by Monday. For myself personally, I have set meetings with witnesses on Monday and Tuesday and a lengthy court hearing on Wednesday for the same case. I will need the entirety of next week to craft a response. I cannot give you a definite date but we anticipate a formal response sometime during the week of August 28. Thank you for your understanding.

*Shelton G.W. Jim On*
**Office of the Vice President for Legal Affairs**
**University General Counsel**
**Associate General Counsel**
**Phone: (808) 956-6152**

 **Gmail**

Kenneth Lawson <kenlawdog@gmail.com>

## Ken Lawson
7 messages

---

**William Harrison** <wharrison@hamlaw.net>                                      Fri, Aug 18, 2023 at 10:45 AM
To: Shelton Jim On <jimon@hawaii.edu>
Cc: Kenneth Lawson <kenlawdog@gmail.com>

Aloha Shelton:

I can appreciate your work schedule as I am presently in the middle of a trial myself.

My client will agree to your request if you will also agree to put any decision in the investigation in abeyance until we receive and digest your response.

Let me know.

Mahalo ~ Bill


**HARRISON & MATSUOKA**
ATTORNEYS AT LAW

1001 Bishop Street, Suite 1180 • Honolulu, Hawaii 96813 • t (808) 523-7041 • f (808) 538-7579 • www.hamlaw.net • Bio

---

The information in this communication is from HARRISON & MATSUOKA and is protected by the attorney/client and/or attorney/work product privilege. This email and all attachments are confidential and privileged. It is intended only for the recipient(s) named above, and the privileges are not waived by being sent via electronic mail. If the person receiving this communication or any other reader of this communication is not a named recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited.

---

**William Harrison** <wharrison@hamlaw.net>                                      Fri, Aug 18, 2023 at 11:30 AM
To: Kenneth Lawson <kenlawdog@gmail.com>

Ken I'll call you later this afternoon.

Sent from my T-Mobile 5G Device
Get Outlook for Android

From: Shelton Jim On <jimon@hawaii.edu>
Sent: Friday, August 18, 2023 10:55:17 AM
To: William Harrison <wharrison@hamlaw.net>

Cc: Susan Ramelb <ogcpara1@hawaii.edu>
Subject: Re: Ken Lawson

Bill:

I cannot promise that. I had just hoped that you understood my situation. I understand that you must do what you need to do under the circumstances. I was just hoping that you and your client would be reasonable because of my time constraints. Thank you

Shelton G.W. Jim On
Office of the Vice President for Legal Affairs
University General Counsel
Associate General Counsel
Phone: (808) 956-6152
Email: jimon@hawaii.edu

The information contained in this transmission may be confidential and privileged, and is intended only for the use of the recipient(s) named above. Any use reliance or distribution by any person who is not an intended recipient is prohibited. If you are not the person named as a recipient(s), or the person responsible for delivering this message to the named recipient(s), please notify us immediately and permanently delete this transmission from your mail server and any copies of it. Thank you.

[Quoted text hidden]