CARRIE K. S. OKINAGA            5958-0
  University General Counsel
SHELTON G.W. JIM ON             1781-0
JOSEPH F. KOTOWSKI, III         7973-0
  Associate General Counsel
**UNIVERSITY OF HAWAIʻI**
2444 Dole Street, Bachman Hall 110
Honolulu, Hawaiʻi  96822
Telephone:  (808) 956-2211
Facsimile:   (808) 956-2109

Attorneys for Defendants
University of Hawaiʻi, Michael Bruno,
and Camille Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KENNETH L. LAWSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY  OF HAWAI'I, MANOA; MICHAEL BRUNO; CAMILLE NELSON; JOHN AND JANE DOES 1-7 WILLIAMS. RICHARDSON SCHOOL OF  LAW FACULTY MEMBERS AND/OR FORMER FACULTY MEMBERS AND IN THEIR INDIVIDUAL CAPACITIES,<br><br>　　　　　Defendants. | Civil No. 23-00348 LEK-RT<br><br>**STIPULATION TO EXTEND DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FILED ON AUGUST 23, 2023**<br><br><br>No Trial Date Set |

## STIPULATION TO EXTEND DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FILED ON AUGUST 23, 2023

IT IS HEREBY STIPULATED AND AGREED TO, by and among Plaintiff KENNETH L. LAWSON ("Plaintiff") and Defendants UNIVERSITY OF HAWAIʻI, MICHAEL BRUNO AND CAMILLE NELSON (collectively "University Defendants"), by and through their undersigned counsel, that the deadline for the University Defendants to Answer and/or Respond to Plaintiff's Amended Complaint is hereby extended from October 2, 2023 to October 16, 2023.  No other deadlines are affected by this stipulation.

DATED:  Honolulu, Hawai`i, September 15, 2023.

      /s/  Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
ELIZABETH JUBIN FUJIWARA
MARCOS R. BENDAÑA
  Attorneys for Plaintiff
  KENNETH L. LAWSON

 /s/  Shelton G.W. Jim On
CARRIE K. S. OKINAGA
  University General Counsel
SHELTON G.W. JIM ON
JOSEPH F. KOTOWSKI, III
  Associate General Counsel
  Attorneys for Defendants
  UNIVERSITY OF HAWAIʻI,
  MICHAEL BRUNO and
  CAMILLE NELSON

APPROVED AND SO ORDERED: DATED:

Honolulu, Hawaiʻi, September 19, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civil No. 23-00348 LEK-RT; *Kenneth L. Lawson v. University of Hawaiʻi, et. al.*; STIPULATION TO EXTEND THE DEADLINE TO ANSWER AND/OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FILED ON AUGUST 23, 2023