## MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00348 LEK-RT |
| CASE NAME: | Kenneth L. Lawson vs. University of Hawaii, et al., |
| ATTYS FOR PLA: | Joseph Rosenbaum<br>Marcos Bendana |
| ATTYS FOR DEFT: | Shelton On<br>Joseph Kotowski III |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Fazio |
| DATE: | 10/4/2023 | TIME: | 10:00 AM - 10:20 AM |

COURT ACTION:  EP: STATUS HEARING held by video teleconference ("VTC"),

Plaintiff Kenneth Lawson present by VTC.

Court addresses the parties regarding matters pending before the Court:
 - First Amended Complaint (Dkt. No. [17]).
 - Plaintiff's MOTION for Temporary Restraining Order or, in the Alternative, for Preliminary Injunction (Dkt. No. [20]).
 -  Defendant's MOTION to Strike First Amended Complaint (Dkt. No. [30]).

Discussion held.

The Court considers defendants MOTION to Strike First Amended Complaint withdrawn. Plaintiffs have 15 days to file a second amended complaint (on or before **10/19/2023**). The withdrawal of the MOTION to Strike by the Court does not prejudice or otherwise jeopardize the defendant's rights to file any kind of substantive motion such as a Motion to Strike or Motion to Dismiss the second amended complaint.

Plaintiffs counsel to consult with client and submit a letter brief to the Court with a cc to all counsel in one week, (on or before **10/11/2023**) whether or not plaintiff intends to proceed with the Motion for Temporary Restraining Order or, in the Alternative, for Preliminary Injunction or file another motion or consider the issue with issue withdrawn.

Submitted by: Agalelei Elkington, Courtroom Manager