# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00348 LEK-RT |
| CASE NAME: | Kenneth L. Lawson vs. University of Hawaii, et al., |

| | |
|---|---|
| JUDGE: Leslie E. Kobayashi | DATE: 10/12/2023 |

COURT ACTION:  EO: COURT ORDER DEEMING WITHDRAWN PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, FOR PRELIMINARY INJUNCTION, [FILED 9/6/23 (DKT. NO. 20),] AND GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED MOTION

During a status hearing held on October 4, 2023, Plaintiff Kenneth L. Lawson ("Plaintiff") was granted leave to file a second amended complaint by October 19, 2023. [Minutes, filed 10/4/23 (dkt. no. 33).]  Plaintiff was also instructed to submit a letter brief addressing the status of his motion seeking a temporary restraining order, which he filed while he was proceeding *pro se*.  See Motion for Temporary Restraining Order or, in the Alternative, for Preliminary Injunction, filed 9/6/23 (dkt. no. 20) ("TRO Motion").

Plaintiff's counsel submitted a letter brief on October 11, 2023 ("10/11 Letter"). [10/11 Letter, filed 10/12/23 (dkt. no. 36).]  Counsel states that Plaintiff would like to file an amended motion for a TRO or, in alternative, for a preliminary injunction, and that Plaintiff would be able to file the motion within three weeks.  [Id.]  The 10/11 Letter does not request additional time to file the second amended complaint.

In light of the representations in the 10/11 Letter, the TRO Motion is DEEMED WITHDRAWN, and Plaintiff is GRANTED leave to file an amended motion by **November 1, 2023**.

The deadline for Plaintiff to file his second amended complaint remains **October 19, 2023**.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager