IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KENNETH L. LAWSON,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL BRUNO, CAMILLE NELSON, JOHN AND JANE DOES 1-7, WILLIAM S. RICHARDSON SCHOOL OF LAW FACULTY MEMBERS AND/OR FORMER FACULTY MEMBERS AND IN THEIR INDIVIDUAL CAPACITIES; AND UNIVERSITY OF HAWAII,<br><br>                Defendants. | CIV. NO. 23-00348 LEK-RT<br><br>ORDER GRANTING PLAINTIFF'S COUNSELS' MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY FOR PLAINTIFF |

**ORDER GRANTING PLAINTIFF'S COUNSELS' MOTION FOR
LEAVE OF COURT TO WITHDRAW AS ATTORNEY FOR PLAINTIFF**

Before the Court is Plaintiff Kenneth L. Lawson's ("Plaintiff") counsel's *Motion for Leave of Court to Withdraw as Attorney for Plaintiff* ("Motion to Withdraw"), filed on December 8, 2023. ECF No. 52. Plaintiff's counsel, attorneys Joseph T. Rosenbaum, Elizabeth Jubin Fujiwara and Marcos R. Bendaña of the law firm Fujiwara and Rosenbaum, LLLC, seek to withdraw as counsel of record for Plaintiff. On December 8, 2023, Defendants University of Hawaiʻi, Michael Bruno, and Camille Nelson ("Defendants") filed a *Statement of No Position on [the Motion to Withdraw], Filed on December 8, 2023*, and took no

position on the *Motion to Withdraw*.  ECF No. 53.  Plaintiff does not oppose the withdrawal and wishes to proceed pro se.

The Court finds the *Motion to Withdraw* suitable for disposition without a hearing pursuant to Rule 7.1(c) of the *Local Rules of Practice for the United States District Court for the District of Hawaii*.

For good cause shown and pursuant to Local Rule 83.5, the Court **GRANTS** the *Motion to Withdraw*.  Attorneys Joseph T. Rosenbaum, Elizabeth Jubin Fujiwara and Marcos R. Bendaña of the law firm Fujiwara and Rosenbaum, LLLC and the law firm Fujiwara and Rosenbaum, LLLC, are hereby withdrawn as counsel for Plaintiff.  Plaintiff shall proceed pro se.  Pursuant to the *Motion to Withdraw*, Plaintiff's current mailing address is:

Kenneth L. Lawson
3362 Loulu St.
Honolulu, HI  96822

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 12, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 23-00348 LEK-RT;  *Kenneth L. Lawson vs. Michael Bruno, et al.*;  Order Granting Plaintiff's Counsels' Motion for Leave of Court to Withdraw as Attorney for Plaintiff