# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 23-00348 LEK-RT |
| CASE NAME: | Kenneth L. Lawson vs. Michael Bruno et al., |
| JUDGE: Leslie E. Kobayashi | DATE: 12/28/2023 |

COURT ACTION: EO:   COURT ORDER REGARDING THE EFFECT OF THE STAY ORDERED ON DECEMBER 27, 2023 ON DEFENDANTS' MOTION FOR PARTIAL AND/OR COMPLETE DISMISSAL OF PLAINTIFF'S SECOND AMENDED COMPLAINT

On December 1, 2023, Defendants University of Hawai'i at Mānoa, Michael Bruno, and Camille Nelson ("Defendants") filed their Motion for Partial and/or Complete Dismissal of Plaintiff's Second Amended Complaint ("Motion to Dismiss"). [Dkt. no. 49.] The Motion to Dismiss is currently scheduled for hearing on January 19, 2024. See EO: Court Order Regarding Plaintiff's Amended Motion for a Preliminary Injunction and Defendants' Motion for Partial and/or Complete Dismissal of Plaintiff's Second Amended Complaint, filed 12/4/23 (dkt. no. 51). On December 27, 2023, this Court approved the parties' stipulation to stay all proceedings in this case. See Stipulation to Stay All Proceedings and to Withdraw Plaintiff's Amended Motion for a Preliminary Injunction, Filed November 1, 2023 [Document 44], filed 12/27/23 (dkt. no. 55).

In light of the stay, the hearing on Defendants' Motion to Dismiss is VACATED. The Motion to Dismiss is DEEMED WITHDRAWN, WITHOUT PREJUDICE to the filing of a new motion to dismiss within twenty-one days after the stay is lifted.

The parties are ORDERED to file a status report, in the form of a joint letter or separate letters, by **March 28, 2024**. After reviewing the status report(s), this Court may schedule a status hearing and/or administratively close this case.

IT IS SO ORDERED.

Submited by: Agalelei Elkington, Courtroom Manager